

# FRED A. NUDD CORPORATION
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 20273

INVOICE DATE: 10/13/98

TO:
UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL  33618
USA

Ship To:
GRAND RAPIDS, MI
SITE 48497

*RCW 10/22*

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISIT1 | 3768 | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 180' MONOPOLE 75MPH 5 CARRIER. | 74,580.00 | 74,580.00 |
| 1.00 | | PROVIDE 14' LOW PROFILE ROTATABLE PLATFORM. | 3,000.00 | 3,000.00 |
| 1.00 | | FREIGHT TO SHIP TOWER. | 900.00 | 900.00 |
| 1.00 | | FREIGHT TO SHIP ANCHOR BOLTS AND TEMPLATE. | 255.08 | 255.08 |

*OK to pay ENTERED OCT 27 1998*

*#48497*

*This is 48460 in system*

| | Subtotal | 78,735.08 |
|---|---|---|
| | Sales Tax | |
| | **Total Invoice Amount** | **$78,735.08** |
| | Payment Received | 0.00 |

| Check No: | | **TOTAL** | **$78,735.08** |
|---|---|---|---|

If tax exempt please forward a certificate with payment.



# FRED A. NUDD CORPORATION

1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 20320

INVOICE DATE: 10/29/98

☐ RECEIVED

NOV 0 5 1998

☐ ENTERED

TO:  UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL  33618
USA

Ship To:
WHEELER ROAD
LIVINGSTON COUNTY, MI
SITE # 48371

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISIT1 | 3769 | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 180' MONOPOLE | 37,290.00 | 37,290.00 |
| 1.00 | | PROVIDE 14' LOW PROFILE ROTATABLE PLATFORM | 3,000.00 | 3,000.00 |

ENTERED NOV 0 5 1998

*OK to pay*
*D. Cp*
*# 48371*

| | | | Subtotal | 40,290.00 |
|---|---|---|---|---|
| | | | Sales Tax | |
| | | | Total Invoice Amount | $40,290.00 |
| | | | Payment Received | 0.00 |
| | | Check No: 011442   11/5/98 | TOTAL | $40,290.00 |

**If tax exempt please forward a certificate with payment.**



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 20376

INVOICE DATE: 11/9/98

TO: UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL   33618
USA

Ship To:
LEBANON, IND.
SITE 48341

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISITI | 3641 | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | 150' MONOPOLE | 24,440.00 | 24,440.00 |
| 1.00 | | 14' LOW PROFILE ROTATABLE PLATFORM | 3,000.00 | 3,000.00 |
| 1.00 | | FREIGHT FOR TOWER | 800.00 | 800.00 |
| 1.00 | | FREIGHT FOR ANCHOR BOLTS AND TEMPLATE | 271.17 | 271.17 |

ENTERED JAN 1 9 1999

260-1100

Ok to pay
g. Stu
#48341

| | | Subtotal | | 28,511.17 |
|---|---|---|---|---|
| | | Sales Tax | | |
| | | **Total Invoice Amount** | | **$28,511.17** |
| | | Payment Received | | 0.00 |

Check No: 012863
1/21/99

| | | | TOTAL | **$28,511.17** |
|---|---|---|---|---|

If tax exempt please forward a certificate with payment.



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 20377

INVOICE DATE: 11/9/98

TO: UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL 33618
USA

Ship To: FORT WAYNE, IN.
PORTAGE ROAD
SITE 48279

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISITI | 3641 | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 150' MONOPOLE 75 MPH 5 CARRIER | 24,440.00 | 24,440.00 |
| 1.00 | 14(301) | 14' LOW PROFILE ROTATABLE PLATFORM | 3,000.00 | 3,000.00 |
| 1.00 | | FREIGHT FOR TOWER | 800.00 | 800.00 |
| 1.00 | | FREIGHT FOR ANCHOR BOLTS AND TEMPLATE | 251.32 | 251.32 |

ENTERED JAN 19 1998  60-1100

OK to /98
D. Gm
#48279

| | |
|---|---|
| Subtotal | 28,491.32 |
| Sales Tax | |
| Total Invoice Amount | $28,491.32 |
| Payment Received | 0.00 |

Check No: 012863
1/31/99

| TOTAL | $28,491.32 |
|---|---|

**If tax exempt please forward a certificate with payment.**



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: **20378**

INVOICE DATE: **11/9/98**

☐ RECEIVED

NOV 1 6 1998

☐ ENTERED

TO:
**UNISITE**
**3450 BUSCHWOOD PARK DRIVE**
**SUITE 250**
**TAMPA, FL  33618**
**USA**

Ship To:
**WATERFORD TOWN, MI**
**NORTH PONTIAC**
**SITE 48488**

3491

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | | PAGE |
|---|---|---|---|---|
| UNISIT1 | 3641 | 1% 15, Net 30 Days | | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | 1430 | PROVIDE 150' MONOPOLE 75 MPH 5 CARRIER | 24,440.00 | 24,440.00 |
| 1.00 | 1430 | 14' LOW PROFILE ROTATABLE PLATFORM | 3,000.00 | 3,000.00 |
| 1.00 | | FREIGHT FOR TOWER | 800.00 | 800.00 |
| 1.00 | 1430 | FREIGHT FOR ANCHOR BOLTS & TEMPLATE | 251.32 | 251.32 |

ENTERED JAN 03 1999

OK to pay
Y. Mr
#48488

| | Subtotal | 28,491.32 |
|---|---|---|
| | Sales Tax | |
| | Total Invoice Amount | $28,491.32 |
| | Payment Received | 0.00 |

Check No: 01286 3
11/21/99

| | TOTAL | $28,491.32 |
|---|---|---|

**If tax exempt please forward a certificate with payment.**



## FRED A. NUDD CORPORATION
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: **20379**

INVOICE DATE: **11/9/98**

D TO:
**UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL 33618
USA**

Ship To:
**DETROIT, MI
SCHWARTZ IRON/METAL
SITE 48559**

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISIT1 | 4000 6 | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | 14301 | 150' MONOPOLE , 75 MPH, 5 CARRIER | 26,340.00 | 26,340.00 |
| 1.00 | 14301 | 14' LOW PROFILE ROTATABLE PLATFORM | 3,000.00 | 3,000.00 |
| 1.00 | 14301 | FREIGHT FOR TOWER | 800.00 | 800.00 |
| 1.00 | | FREIGHT FOR ANCHOR BOLTS & TEMPLATE | 240.68 | 240.68 |

MI -1100

OK to pay
P. Gr
# 48478
48559

ENTERED JAN 19 1999

|  |  |
|---|---|
| Subtotal | 30,380.68 |
| Sales Tax | |
| **Total Invoice Amount** | **$30,380.68** |
| Payment Received | 0.00 |

Check No: 012863
1/21/99

| | TOTAL | $30,380.68 |
|---|---|---|

**If tax exempt please forward a certificate with payment.**

# FRED A. NUDD CORPORATION

P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

**INVOICE NUMBER:** 21744

**INVOICE DATE:** 2/25/99

D TO:  **UNISITE**
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL  33618
USA

**Ship To:**
ITE 48004

RECEIVED 3/5/99

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISIT | 3973 | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 120' EXPANDABLE TO 180' MONOPOLE. | 29,940.00 | 29,940.00 |
| 1.00 | | 14' LOW PROFILE ROTATABLE PLATFORM. | 3,000.00 | 3,000.00 |

ENTERED MAR 0 9 1999

OK to p'y
F. C.
48004

| | | | Subtotal | 32,940.00 |
|---|---|---|---|---|
| | | | Sales Tax | |
| | | | Total Invoice Amount | $32,940.00 |
| | | | Payment Received | 0.00 |

Check No: 014624
4/1/99

| TOTAL | $32,940.00 |
|---|---|

**If tax exempt please forward a certificate with payment.**



## FRED A. NUDD CORPORATION
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 21746

INVOICE DATE: 2/25/99

.D TO:
UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL  33618
USA

Ship To:
SITE 48475

RECEIVED 3/3/99

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| | | CUSTOMER ID: UNISIT | PURCHASE ORDER: 3657 | PAYMENT TERMS: 1% 15, Net 30 Days | PAGE: 1 |
| 1.00 1.00 | | PROVIDE 150' MONOPOLE 12' CLAMP ON SECTORIZED MOUNTS | 31,950.00 3,000.00 | 31,950.00 3,000.00 |

ENTERED MAR 0 9 1999

OK to p~1
P. gr
4g451

|  |  |
|---|---|
| Subtotal | 34,950.00 |
| Sales Tax | |
| Total Invoice Amount | $34,950.00 |
| Payment Received | 0.00 |

Check No:

| TOTAL | $34,950.00 |
|---|---|

If tax exempt please forward a certificate with payment.



## FRED A. NUDD CORPORATION

P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 21872

INVOICE DATE: 4/16/99

.D TO:  UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL  33618
USA

Ship To:
MOUNTAINTOP, PA
48989

RECEIVED

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISIT | 4463 | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 170' MONOPOLE | 31,790.00 | 31,790.00 |
| 1.00 | | 14' LOW PROFILE ROTATABLE PLATFORM. | 3,000.00 | 3,000.00 |
| 1.00 | | FREIGHT OF TOWER | 600.00 | 600.00 |
| 1.00 | | FREIGHT OF ANCHOR BOLTS AND TEMPLATE | 300.00 | 300.00 |

ENTERED MAY 0 5 1999

|  |  |
|---|---|
| Subtotal | 35,690.00 |
| Sales Tax | |
| Total Invoice Amount | $35,690.00 |
| Payment Received | 0.00 |

Check No: 015407
5/5/99

| | TOTAL | $35,690.00 |
|---|---|---|

If tax exempt please forward a certificate with payment.



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 21951

INVOICE DATE: 5/21/99

TO:
UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL 33618
USA

Ship To:
STRYKERS ROAD
LEPATCONG, NJ

RECEIVED

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISIT | 4452 | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE120' MONOPOLE | 19,640.00 | 19,640.00 |
| 1.00 | | 14' LOW PROFILE ROTATABLE PLATFORM | 3,000.00 | 3,000.00 |
| 1.00 | | SHIPPING OF TOWER | 800.00 | 800.00 |
| 1.00 | | SHIPPING OF ANCHOR BOLTS AND TEMPLATE | 324.67 | 324.67 |

*OK topsy*
*r. gr*
*c/8985*

*INV TO*
*H8518*

| | | |
|---|---|---|
| Subtotal | | 23,764.67 |
| Sales Tax | | |
| Total Invoice Amount | | $23,764.67 |
| Payment Received | | 0.00 |

Check No: 

| TOTAL | $23,764.67 |
|---|---|

If tax exempt please forward a certificate with payment.



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 22067

INVOICE DATE: 6/29/99

TO:    UNISITE
       3450 BUSCHWOOD PARK DRIVE
       SUITE 250
       TAMPA, FL   33618
       USA

Ship To:
   SITE #49095

RECEIVED 7/0/99

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | | PAGE |
|---|---|---|---|---|
| UNISIT | 4728 | 1% 15, Net 30 Days | | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 180' MONOPOLE | 32,950.00 | 32,950.00 |
| 1.00 | | PROVIDE 14' LOW PROFILE PLATFORM | 2,900.00 | 2,900.00 |
| 1.00 | | FREIGHT OF ANCHOR BOLTS AND TEMPLATE | 250.00 | 250.00 |
| 1.00 | | FREIGHT OF TOWER | 500.00 | 500.00 |

Ok to pay
J. Ghr
u9095

| | | |
|---|---|---|
| Subtotal | | 36,600.00 |
| Sales Tax | | |
| Total Invoice Amount | | $36,600.00 |
| Payment Received | | 0.00 |

Check No: 017818
7/8/99

| TOTAL | $36,600.00 |
|---|---|

If tax exempt please forward a certificate with payment.



JUL 2 7 1999

**FRED A. NUDD CORPORATION**
P.O. BOX 577 ☐ ENTERED
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 22142

INVOICE DATE: 7/22/99

'O: UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL 33618
USA

Ship To:
SITE 48985

ENTERED AUG 2 7 1999

RECEIVED
8-24-99

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISIT | 4727 | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 14' LOW PROFILE ROTATABLE PLATFORM | 2,900.00 | 2,900.00 |
| 1.00 | | PROVIDE 120' MONOPOLE | 19,150.00 | 19,150.00 |
| 1.00 | | FREIGHT TO SHIP ANCHOR BOLTS AND TEMPLATE | 159.94 | 159.94 |
| 1.00 | | FREIGHT TO SHIP MONOPOLE | 641.30 | 641.30 |

OK to pay
J. m
# 48985

| | |
|---|---|
| Subtotal | 22,851.24 |
| Sales Tax | |
| Total Invoice Amount | $22,851.24 |
| Payment Received | 0.00 |

Check No:

| TOTAL | $22,851.24 |
|---|---|

If tax exempt please forward a certificate with payment.



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 20161

INVOICE DATE: 9/3/98

TO:  UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL  33618
USA

Ship To:
SITE #48086

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISIT1 | 3641 | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 150' MONOPOLE | 24,440.00 | 24,440.00 |
| 1.00 | | PROVIDE 14' CLAMP ON LOW PROFILE PLATFORM | 3,000.00 | 3,000.00 |
| 1.00 | | FREIGHT FOR TOWER | 650.00 | 650.00 |
| 1.00 | | FREIGHT FOR ANCHOR BOLTS AND TEMPLATE. | 270.06 | 270.06 |

ENTERED SEP 2 2 1998

14301

Ok to pay
D. Gth
# 48086

| | | |
|---|---|---|
| Subtotal | | 28,360.06 |
| Sales Tax | | |
| Total Invoice Amount | | $28,360.06 |
| Payment Received | | 0.00 |

Check No: 010687

| TOTAL | $28,360.06 |
|---|---|

If tax exempt please forward a certificate with payment.



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 20162

INVOICE DATE: 9/3/98

TO:  UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL  33618
USA

Ship To:
WAQUOIT, MA
SITE 48076

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISIT1 | 3639 | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 90' MONOPOLE EXTENDABLE TO 130' | 23,320.00 | 23,320.00 |
| 1.00 | | PROVIDE 14' CLAMP-ON LOW PROFILE PLATFORM | 3,000.00 | 3,000.00 |
| 1.00 | | FREIGHT FOR TOWER | 650.00 | 650.00 |
| 1.00 | | FREIGHT FOR ANCHOR BOLTS. | 386.09 | 386.09 |

ENTERED SEP 2 2 1998

OK to pay
J. Gibn
#48076

| | | |
|---|---|---|
| Subtotal | | 27,356.09 |
| Sales Tax | | |
| Total Invoice Amount | | $27,356.09 |
| Payment Received | | 0.00 |

Check No: 010687
10/1/98

| TOTAL | $27,356.09 |
|---|---|

If tax exempt please forward a certificate with payment.



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 20163

INVOICE DATE: 9/3/98

D TO:  UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL  33618
USA

Ship To:
INDUSTRIAL AVENUE, FLINT, MI
SIATE 48460

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISIT1 | 27683 | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 180' MONOPOLE, 75 MPH AND 5 CARRIER. | ~~37,290~~ 74,580.00 | ~~37,290~~ 74,580.00 |
| 1.00 | | 14' LOW PROFILE PLATFORM | 3,000.00 | 3,000.00 |
| 1.00 | | FREIGHT FOR TOWER | 800.00 | 800.00 |
| 1.00 | | FREIGHT FOR ANCHOR BOLTS AND TEMPLATE. | 256.04 | 256.04 |

ENTERED OCT 1 2 1998

OK to pay
J. gku
# 48497

| | |
|---|---|
| Subtotal | 78,636.04 |
| Sales Tax | |
| Total Invoice Amount | $78,636.04 |
| Payment Received | 0.00 |

Check No: 010884
10/14/98

| TOTAL | $78,636.04 |
|---|---|
| | 41,346.04 |

If tax exempt please forward a certificate with payment.



## FRED A. NUDD CORPORATION
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 20171

INVOICE DATE: 9/3/98

TO: UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL 33618
USA

Ship To:
SITE #48286

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISIT1 | 3755 | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 110' MONOPOLE | 21,700.00 | 21,700.00 |
| 1.00 | | PROVIDE 14' LOW PROFILE ROTATABLE PLATFORM | 3,000.00 | 3,000.00 |
| 1.00 | | FREIGHT FOR TOWER DELIVERY | 650.00 | 650.00 |
| 1.00 | | FREIGHT FOR ANCHOR BOLTS AND TEMPLATE | 240.49 | 240.49 |

ENTERED SEP 2 2 1998

*Ok to PY*
*J. Gu*
*# 48286*

| | | |
|---|---|---|
| Subtotal | | 25,590.49 |
| Sales Tax | | |
| Total Invoice Amount | | $25,590.49 |
| Payment Received | | 0.00 |

Check No: 010418
9/23/98

| TOTAL | $25,590.49 |
|---|---|

If tax exempt please forward a certificate with payment.



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 20178

INVOICE DATE: 9/3/98

D TO:   UNISITE
        3450 BUSCHWOOD PARK DRIVE
        SUITE 250
        TAMPA, FL  33618
        USA

Ship To:
        CLINTON, NJ
        SITE 48474

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNTSI11 | 3773 | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 120' MONOPOLE | 21,970.00 | 21,970.00 |
| 1.00 | | PROVIDE 14' LOW PROFILE | 3,000.00 | 3,000.00 |
| | | ROTATABLE PLATFORM | | |
| 1.00 | | DELIVERY OF TOWER TO SITE | 650.00 | 650.00 |
| 1.00 | | DELIVERY OF ANCHOR BOLTS | 173.89 | 173.89 |
| | | AND TEMPLATE | | |

ENTERED SEP 2 2 1998

*OK to pay*
*Y. Stu*
*# 48474*

| | | |
|---|---|---|
| Subtotal | | 25,793.89 |
| Sales Tax | | |
| Total Invoice Amount | | $25,793.89 |
| Payment Received | | 0.00 |

Check No:  010687
           10/1/98

| TOTAL | $25,793.89 |
|---|---|

If tax exempt please forward a certificate with payment.



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 20195

INVOICE DATE: 9/14/98

D TO:  UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL  33618
USA

Ship To:
FISHERS
#48350

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISITI | | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 150' MONOPOLE WITH 75 MPH. | 24,440.00 | 24,440.00 |
| 1.00 | | 14' CLAMP ON LOW PROFILE PLATFORM. | 3,000.00 | 3,000.00 |
| 1.00 | | FREIGHT FOR TOWER DELIVERY. | 800.00 | 800.00 |
| 1.00 | | FREIGHT FOR ANCHOR BOLTS AND TEMPLATE. | 286.04 | 286.04 |

|  |  |
|---|---|
| Subtotal | 28,526.04 |
| Sales Tax | |
| Total Invoice Amount | $28,526.04 |
| Payment Received | 0.00 |

Check No: 010963
10/16/98

| | TOTAL | $28,526.04 |
|---|---|---|

If tax exempt please forward a certificate with payment.



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

☐ RECEIVED

SEP 2 8 1998

☐ ENTERED

INVOICE NUMBER: 20218

INVOICE DATE: 9/24/98

TO: UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL  33618
USA

SHIPPED:
NOBLESVILLE, IND.
SITE #48352

RCWD
10/8

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISIT1 | | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 150' MONOPOLE | 24,440.00 | 24,440.00 |
| 1.00 | | PROVIDE 14' CLAMP ON LOW PROFILE PLATFORM | 3,000.00 | 3,000.00 |
| 1.00 | | FREIGHT FOR SHIPPING TOWER. | 800.00 | 800.00 |
| 1.00 | | FREIGHT FOR SHIPPING ANCHOR BOLTS AND TEMPLATE | 280.23 | 280.23 |

OK to pay
P. Gher
#48352

| | | Subtotal | | 28,520.23 |
|---|---|---|---|---|
| | | Sales Tax | | |
| | | Total Invoice Amount | | $28,520.23 |
| | | Payment Received | | 0.00 |

Check No: 010963
10/15/98

| | TOTAL | $28,520.23 |
|---|---|---|

If tax exempt please forward a certificate with payment.



**FRED A. NUDD CORPORATION**

P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

RECEIVED

OCT ? 1998

☐ ENTERED

INVOICE DATE: 10/13/98

D TO:   UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL 33618
USA

Ship To:
WILLIAMSTON, MI
#48372

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISITI | 3564 | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 150' MONOPOLE WITH CENTER BREAK POINT. | 28,900.00 | 28,900.00 |
| 1.00 | | PROVIDE 14' CLAMP[-ON LOW PROFILE PLATFORM. | 3,000.00 | 3,000.00 |
| 1.00 | | FREIGHT TO SHIP TOWER. | 800.00 | 800.00 |
| 1.00 | | FREIGHT TO SHIP ANCHOR BOLTS AND TEMPLATE. | 267.23 | 267.23 |

ENTERED OCT 27 1998

OK to pay
N. Gn
#48372

| | | Subtotal | | 32,967.23 |
|---|---|---|---|---|
| | | Sales Tax | | |
| | | Total Invoice Amount | | $32,967.23 |
| | | Payment Received | | 0.00 |

Check No: 011442
11/5/98

| | TOTAL | $32,967.23 |
|---|---|---|

If tax exempt please forward a certificate with payment.

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

SUPERIOR COURT
C.A. NO: 03-5290

AMERICAN TOWER CORPORATION,        )
                                   )
            Plaintiff,             )
                                   )
v.                                 )
                                   )
FRED A. NUDD CORPORATION, and      )
GRANITE STATES INSURANCE           )
COMPANY,                           )
                                   )
            Defendants.            )

## STIPULATION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Pursuant to Mass. R. Civ. P. 6(b), defendant Fred A. Nudd Corporation ("Nudd") and

plaintiff American Tower Corporation ("ATC") stipulate that the time in which Nudd has to

respond to ATC's complaint is enlarged to December 18, 2003.


FRED A. NUDD CORPORATION

By its Attorneys,


Thomas W. Aylesworth (BBO# 630994)
Amanda S. Rosenfeld (BBO#654101)
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA  02210-2604
(617) 439-2000

Dated:  December 1, 2003

AMERICAN TOWER ASSOCIATION

By its attorneys,


Doreen M. Zankowski (BBO#558381)
Jeremy Blackowicz (BBO#650945)
Hinckley, Allen & Snyder, LLP
28 State Street
Boston, MA 02109
(617) 345-9000


1277886.1

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.                                    SUPERIOR COURT
                                               CIVIL ACTION NO.  03-5290

---

AMERICAN TOWER CORPORATION          )
             Plaintiff,             )
                                    )
                                    )
v.                                  )
                                    )
FRED A. NUDD CORPORATION, and       )
GRANITE STATE INSURANCE COMPANY )
                                    )
             Defendant.             )
                                    )

---

## STIPULATION TO EXTEND TIME TO RESPOND
## TO PLAINTIFF'S COMPLAINT

It is hereby agreed and stipulated by the parties that the time by which the defendant, Granite State Insurance Company, must answer, move or otherwise respond to the plaintiff's Complaint be enlarged to and include December 16, 2003.

Dated: December 4, 2003

| The Plaintiff, | The Defendant, |
|---|---|
| AMERICAN TOWER | GRANITE STATE INSURANCE |
| CORPORATION | COMPANY |
| By its Attorneys, | By its Attorney, |

Doreen M. Zankowski, Esq.           Craig R. Waksler, Esq.
B.B.O. # 558381                     B.B.O. # 566087
Jeremy Blackowicz, Esq.             Eric M. Chodkowski, Esq.
B.B.O. # 650945                     B.B.O. # 648629
HINCKLEY, ALLEN &                   TAYLOR, DUANE, BARTON &
   SNYDER, LLP                        & GILMAN, LLP
28 State Street                     111 Devonshire Street
Boston, MA 02109                    Boston, MA  02109
(617) 345-9000                      (617) 654-8200