

**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 19977

INVOICE DATE: 7/2/98

LD TO:
UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL 33618
USA

Ship To:
S. EMERSON
SITE 48347

ACOD
7/22

ENTERED JUL 2 1 1998

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISITI | 3491 | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 150' MONOPOLE | 24,440.00 | 24,440.00 |
| 1.00 | | PROVIDE 14' CLAMP ON LOW PROFILE PLATFORM | 3,000.00 | 3,000.00 |
| 1.00 | | SHIPPING OF MONOPOLE TO SITE. | 800.00 | 800.00 |

OK to pay
# 48347
D. [signature]

| | | |
|---|---|---|
| Subtotal | | 28,240.00 |
| Sales Tax | | |
| Total Invoice Amount | | $28,240.00 |
| Payment Received | | 0.00 |
| Check No: 009419 7/31/98 | **TOTAL** | $28,240.00 |

If tax exempt please forward a certificate with payment.



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 19998

INVOICE DATE: 7/10/98

.D TO: UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL 33618
USA

Ship To:
SITE #48102
OMIRA STREET, DETROIT

ENTERED JUL 28 1998

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISIT1 | 3534 | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 125' MONOPOLE | 22,230.00 | 22,230.00 |
| 1.00 | | PROVIDE 16' CLAMP ON STANDARD PLATFORM | 2,650.00 | 2,650.00 |
| 1.00 | | FREIGHT TO SITE 14605 | 800.00 | 800.00 |

☐ RECEIVED

JUL 1 5

☐ ENTERED

OK to pay
T. Sper
#48102

Subtotal   25,680.00
Sales Tax
Total Invoice Amount   $25,680.00
Payment Received   0.00
Check No:     TOTAL   $25,680.00

If tax exempt please forward a certificate with payment.



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 19999

INVOICE DATE: 7/10/98

_D TO: UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL 33618
USA

Ship To:
SITE #48092
KERRY BROTHERS

RCW 7/27

ENTERED JUL 28 1998

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISITI | 3491 | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 150' MONOPOLE | 24,440.00 | 24,440.00 |
| 1.00 | | PROVIDE 14' CLAMP ON LOW PROFILE PLATFORM | 3,000.00 | 3,000.00 |
| 1.00 | | DELIVERY TO SITE 14605 | 800.00 | 800.00 |

☒ RECEIVED
JUL 13 (?)
☐ ENTERED

OK to pay 91
CPW
#46092

| | | |
|---|---|---|
| Subtotal | | 28,240.00 |
| Sales Tax | | |
| Total Invoice Amount | | $28,240.00 |
| Payment Received | | 0.00 |
| Check No: 009419  7/13/98 | TOTAL | $28,240.00 |

If tax exempt please forward a certificate with payment.



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 20011
INVOICE DATE: 7/15/98

LD TO: UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL 33618
USA

Ship To:
SITE 48349
PENA PIKE

RCW 7/27

ENTERED JUL 2 0 1998

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISIT1 | 3491 | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 150' MONOPOLE | 24,440.00 | 24,440.00 |
| 1.00 | | PROVIDE 14' CLAMP ON LOW PROFILE PLATFORM | 3,000.00 | 3,000.00 |
| 1.00 | | FREIGHT TO SITE  14605 | 800.00 | 800.00 |

OK to 1st
D. Sp

ENTERED JUL 2 3 1998

| | |
|---|---|
| Subtotal | 28,240.00 |
| Sales Tax | |
| Total Invoice Amount | $28,240.00 |
| Payment Received | 0.00 |
| Check No: 009419  7/31/98 | |
| **TOTAL** | **$28,240.00** |

If tax exempt please forward a certificate with payment.



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 20044
INVOICE DATE: 7/23/98

LD TO:
UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL  33618
USA

Ship To:
ANTHONY BOULEVARD
FT. WAYNE, IN
Site# 48287

RCW
8/6
AD Freight

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISIT1 | 3491 | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 150' MONOPOLE | 24,440.00 | 24,440.00 |
| 1.00 | | PROVIDE 14' CLAMP ON LOW PROFILE PLATFORM | 3,000.00 | 3,000.00 |
| 1.00 | | FREIGHT TO DELIVER TOWER | 800.00 | 800.00 |
| 1.00 | | FREIGHT TO PREDELIVER ANCHOR BOLTS AND TEMPLATE | 242.50 | 242.50 |

ENTERED AUG 6 1998

Ok to pay
J. gpm
# 48287

| | |
|---|---|
| Subtotal | 28,482.50 |
| Sales Tax | |
| Total Invoice Amount | $28,482.50 |
| Payment Received | 0.00 |
| Check No: 010207  9/11/98 — **TOTAL** | $28,482.50 |

If tax exempt please forward a certificate with payment.



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 20046

INVOICE DATE: 7/23/98

D TO: UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL 33618
USA

Ship To:
RANDALL/CRAWFORDSVILLE
INDIANAPOLIS, IN
SITE # 48438

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISIT1 | 3491 | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 150' MONOPOLE | 24,440.00 | 24,440.00 |
| 1.00 | | PROVIDE 14' CLAMP ON LOW PROFILE PLATFORM | 3,000.00 | 3,000.00 |
| 1.00 | | FREIGHT TO SHIP TOWER | 800.00 | 800.00 |
| 1.00 | | FREIGHT TO PRESHIP ANCHOR BOLTS AND TEMPLATE | 236.04 | 236.04 |

ENTERED AUG - 6 1998

| | |
|---|---|
| Subtotal | 28,476.04 |
| Sales Tax | |
| Total Invoice Amount | $28,476.04 |
| Payment Received | 0.00 |
| Check No: 010207  9/11/98  **TOTAL** | $28,476.04 |

If tax exempt please forward a certificate with payment.



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 20051

INVOICE DATE: 7/23/98

.D TO:  UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL  33618
USA

Ship To:
S. EASTERN & I 465
SITE #48343

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISITI | 3641 | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 150' TOWER | 24,440.00 | 24,440.00 |
| 1.00 | | PROVIDE 14' CLAMP ON LOW PROFILE PLATFORM | 3,000.00 | 3,000.00 |
| 1.00 | | FREIGHT TO SHIP TOWER | 800.00 | 800.00 |
| 1.00 | | FREIGHT TO PRESHIP ANCHOR BOLTS AND TEMPLATE | 186.00 | 186.00 |

Subtotal  28,426.00
Sales Tax
Total Invoice Amount  $28,426.00
Payment Received  0.00
Check No:

TOTAL  $28,426.00

If tax exempt please forward a certificate with payment.



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 20047

INVOICE DATE: 7/23/98

.D TO: UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL  33618
USA

Ship To:
EMERSON & 38TH STREET
INDIANAPOLIS, IN
SITE 48353

RCW
8/6

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISIT1 | 3491 | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 150' MONOPOLE | 24,440.00 | 24,440.00 |
| 1.00 | | PROVIDE 14' CLAMP ON LOW PROFILE PLATFORM | 3,000.00 | 3,000.00 |
| 1.00 | | FREIGHT TO SHIP TOWER 14605 | 800.00 | 800.00 |
| 1.00 | | FREIGHT TO PRESHIP ANCHOR BOLTS AND TEMPLATE | 236.04 | 236.04 |

ENTERED AUG - 6 1998

Ok to pay
# 48353

| | |
|---|---|
| Subtotal | 28,476.04 |
| Sales Tax | |
| Total Invoice Amount | $28,476.04 |
| Payment Received | 0.00 |
| Check No: 10207  9-11-98 | |
| **TOTAL** | **$28,476.04** |

If tax exempt please forward a certificate with payment.



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 20074
INVOICE DATE: 7/30/98

.D TO: UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL 33618
USA

Ship To:
COMSOFT
SITE 48072

ENTERED AUG 3 1 1998

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISIT1 | 3669 | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 125' MONOPOLE WITH CENTER BREAK 75 MPH | 24,230.00 | 24,230.00 |
| 1.00 | | PROVIDE 12' CLAMP ON SECTIONIZED MOUNTS. | 3,000.00 | 3,000.00 |
| 1.00 | | ICE BRIDGE WITH MOUNTS | 495.00 | 495.00 |
| 1.00 | | FREIGHT TO SHIP TOWER | 600.00 | 600.00 |
| 1.00 | | FREIGHT FOR ANCHOR BOLTS AND TEMPLATE. | 155.19 | 155.19 |

OK to pay
T. GPZ
# 48072

B 8/25/98

Subtotal  28,480.19
Sales Tax
Total Invoice Amount  $28,480.19
Payment Received  0.00
Check No:                TOTAL  $28,480.19

If tax exempt please forward a certificate with payment.



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 20125

INVOICE DATE: 8/19/98

_D TO: UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL  33618
USA

Ship To:
CLINTON TOWNSHIP, MI
SITE # 48119

RCV'D 8/25

ENTERED AUG 3 1 1998

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISIT1 | 3534 | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 125' MONOPOLE | 22,230.00 | 22,230.00 |
| 1.00 | | 16' CLAMP-ON LOW PROFILE PLATFORM. | 2,650.00 | 2,650.00 |
| 1.00 | | TOWER FREIGHT | 800.00 | 800.00 |
| 1.00 | | ANCHOR BOLT FREIGHT | 210.12 | 210.12 |

OK to pay
D. [signature]
# 48119

| | |
|---|---|
| Subtotal | 25,890.12 |
| Sales Tax | |
| Total Invoice Amount | $25,890.12 |
| Payment Received | 0.00 |

Check No: 010207
9/11/98

| TOTAL | $25,890.12 |
|---|---|

If tax exempt please forward a certificate with payment.



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 20126

INVOICE DATE: 8/19/98

SOLD TO: UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL  33618
USA

Ship To:
I-70E & I465
SITE # 48276

RCV'D 8/25

**ENTERED AUG 3 1 1998**

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISITI | 3641 | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 150' MONOPOLE | 24,440.00 | 24,440.00 |
| 1.00 | | 14' CLAMP-ON LOW PROFILE PLATFORM. | 3,000.00 | 3,000.00 |
| 1.00 | | FREIGHT FOR TOWER | 800.00 | 800.00 |
| 1.00 | | FREIGHT FOR ANCHOR BOLTS & TEMPLATE | 230.23 | 230.23 |

14605

OK to pay
D. [signature]
# 48276

| | |
|---|---|
| Subtotal | 28,470.23 |
| Sales Tax | |
| Total Invoice Amount | $28,470.23 |
| Payment Received | 0.00 |
| Check No: 010207  9/11/98 | |
| **TOTAL** | **$28,470.23** |

If tax exempt please forward a certificate with payment.



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 20155

INVOICE DATE: 8/26/98

R(c'd)
9/1/c

_D TO: UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL  33618
USA

Ship To:
SWEETMANS LANE
SITE #48475

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISIT1 | 3641 | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 150' MONOPOLE | 24,440.00 | 24,440.00 |
| 1.00 | | 14' CLAMP ON LOW PROFILE PLATFORM. | 3,000.00 | 3,000.00 |
| 1.00 | | FREIGHT TO DELIVER TOWER. | 700.00 | 700.00 |
| 1.00 | | FREIGHT FOR ANCHOR BOLTS ON 7/13/98. | 215.00 | 215.00 |

**ENTERED SEP 2 2 1998**

OK to pay
M. am
#48475

| | | |
|---|---|---|
| Subtotal | | 28,355.00 |
| Sales Tax | | |
| Total Invoice Amount | | $28,355.00 |
| Payment Received | | 0.00 |
| Check No: 010418  9/23/98 | **TOTAL** | $28,355.00 |

**If tax exempt please forward a certificate with payment.**



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 20160
INVOICE DATE: 9/3/98

D TO:  UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL  33618
USA

Ship To:
ROCKSHIRE APT.
INDIANAPOLIS, IN
SITE 48364

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISITI | 3804 | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 120' MONOPOLE | 21,970.00 | 21,970.00 |
| 1.00 | | PROVIDE 14' LOW PROFILE ROTATABLE PLATFORM. | 3,000.00 | 3,000.00 |
| 1.00 | | FREIGHT FOR DELIVERY OF TOWER | 800.00 | 800.00 |
| 1.00 | | FREIGHT FOR ANCHOR BOLTS AND TEMPLATE WITH SAME DAY DELIVERY. | 950.00 | 950.00 |

ENTERED SEP 2 2 1998

OK to pay
#48364

|   |   |
|---|---|
| Subtotal | 26,720.00 |
| Sales Tax | |
| Total Invoice Amount | $26,720.00 |
| Payment Received | 0.00 |
| Check No: 010687  10/1/97 | |
| TOTAL | $26,720.00 |

If tax exempt please forward a certificate with payment.



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 20161
INVOICE DATE: 9/3/98

.D TO: UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL  33618
USA

Ship To:
SITE #48086

RCW
9/18

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISIT1 | 3641 | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM ORDERED | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 150' MONOPOLE | 24,440.00 | 24,440.00 |
| 1.00 | | PROVIDE 14' CLAMP ON LOW PROFILE PLATFORM | 3,000.00 | 3,000.00 |
| 1.00 | | FREIGHT FOR TOWER | 650.00 | 650.00 |
| 1.00 | | FREIGHT FOR ANCHOR BOLTS AND TEMPLATE. | 270.06 | 270.06 |

ENTERED SEP 2 2 1998

14301

Ok to pay
P. G___
# 48086

Subtotal                28,360.06
Sales Tax
Total Invoice Amount    $28,360.06
Payment Received            0.00

Check No: 010687     **TOTAL**   $28,360.06

If tax exempt please forward a certificate with payment.



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 20162
INVOICE DATE: 9/3/98

_D TO: UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL  33618
USA

Ship To:
WAQUOIT, MA
SITE 48076

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISIT1 | 3639 | 1% 15, Net 30 Days | 1 |

| QUANTITY | | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 90' MONOPOLE EXTENDABLE TO 130' | 23,320.00 | 23,320.00 |
| 1.00 | | PROVIDE 14' CLAMP-ON LOW PROFILE PLATFORM | 3,000.00 | 3,000.00 |
| 1.00 | | FREIGHT FOR TOWER | 650.00 | 650.00 |
| 1.00 | | FREIGHT FOR ANCHOR BOLTS. | 386.09 | 386.09 |

ENTERED SEP 2 2 1998

OK to pay
T. [signature]
#48076

Subtotal                       27,356.09
Sales Tax
Total Invoice Amount           $27,356.09
Payment Received                    0.00

Check No: 01067
10/1/98

| TOTAL | $27,356.09 |

If tax exempt please forward a certificate with payment.



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 20163

INVOICE DATE: 9/3/98

.D TO:  UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL  33618
USA

Ship To:
INDUSTRIAL AVENUE, FLINT, MI
SIATE 48460

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISIT1 | 3768 | 1% 15, Net 30 Days | 1 |

| QUANTITY | | ITEM | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 180' MONOPOLE, 75 MPH AND 5 CARRIER. | 37,290 ~~74,580.00~~ | 37,290 ~~74,580.00~~ |
| 1.00 | | 14' LOW PROFILE PLATFORM | 3,000.00 | 3,000.00 |
| 1.00 | | FREIGHT FOR TOWER | 800.00 | 800.00 |
| 1.00 | | FREIGHT FOR ANCHOR BOLTS AND TEMPLATE. | 256.04 | 256.04 |

ENTERED OCT 1 2 1998

OK to pay
J. gku
# 48497

Subtotal        78,636.04
Sales Tax
Total Invoice Amount    $78,636.04
Payment Received        0.00

Check No: 010884
10/14/98

**TOTAL**    ~~$78,636.04~~

41,346.04

If tax exempt please forward a certificate with payment.



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 20171

INVOICE DATE: 9/3/98

.D TO: UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL 33618
USA

Ship To:
SITE #48286

R(CO'D
9/1/E

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISIT1 | 3755 | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 110' MONOPOLE | 21,700.00 | 21,700.00 |
| 1.00 | | PROVIDE 14' LOW PROFILE ROTATABLE PLATFORM | 3,000.00 | 3,000.00 |
| 1.00 | | FREIGHT FOR TOWER DELIVERY | 650.00 | 650.00 |
| 1.00 | | FREIGHT FOR ANCHOR BOLTS AND TEMPLATE | 240.49 | 240.49 |

ENTERED SEP 2 2 1998

OK to pay
J. Ctr
#48286

| | |
|---|---|
| Subtotal | 25,590.49 |
| Sales Tax | |
| Total Invoice Amount | $25,590.49 |
| Payment Received | 0.00 |
| Check No: 010418  9/23/98    **TOTAL** | $25,590.49 |

If tax exempt please forward a certificate with payment.



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 20178

INVOICE DATE: 9/3/98

D TO: UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL 33618
USA

Ship To:
CLINTON, NJ
SITE 48474

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISITI | 3773 | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 120' MONOPOLE | 21,970.00 | 21,970.00 |
| 1.00 | | PROVIDE 14' LOW PROFILE ROTATABLE PLATFORM | 3,000.00 | 3,000.00 |
| 1.00 | | DELIVERY OF TOWER TO SITE | 650.00 | 650.00 |
| 1.00 | | DELIVERY OF ANCHOR BOLTS AND TEMPLATE | 173.89 | 173.89 |

ENTERED SEP 22 1998

OK to pay
T. Gtz
# 48474

| | |
|---|---|
| Subtotal | 25,793.89 |
| Sales Tax | |
| Total Invoice Amount | $25,793.89 |
| Payment Received | 0.00 |
| Check No: 010687  10/1/98  **TOTAL** | $25,793.89 |

If tax exempt please forward a certificate with payment.



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 20195

INVOICE DATE: 9/14/98

D TO: UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL  33618
USA

Ship To:
FISHERS
#48350

RCW'D 10/8

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISITI | | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 150' MONOPOLE WITH 75 MPH. | 24,440.00 | 24,440.00 |
| 1.00 | | 14' CLAMP ON LOW PROFILE PLATFORM. | 3,000.00 | 3,000.00 |
| 1.00 | | FREIGHT FOR TOWER DELIVERY. | 800.00 | 800.00 |
| 1.00 | | FREIGHT FOR ANCHOR BOLTS AND TEMPLATE. | 286.04 | 286.04 |

Bk to pu1
# 48350  260
045 - 1100

Subtotal      28,526.04
Sales Tax
Total Invoice Amount    $28,526.04
Payment Received    0.00

Check No: 016963
10/16/98

TOTAL    $28,526.04

If tax exempt please forward a certificate with payment.



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 20218
INVOICE DATE: 9/24/98

☐ RECEIVED    SEP 2 5
☐ ENTERED

.D TO: UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL  33618
USA

SHIPPED: NOBLESVILLE, IND.
SITE #48352

RCO 10/8

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISIT1 |  | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 |  | PROVIDE 150' MONOPOLE | 24,440.00 | 24,440.00 |
| 1.00 |  | PROVIDE 14' CLAMP ON LOW PROFILE PLATFORM | 3,000.00 | 3,000.00 |
| 1.00 |  | FREIGHT FOR SHIPPING TOWER. | 800.00 | 800.00 |
| 1.00 |  | FREIGHT FOR SHIPPING ANCHOR BOLTS AND TEMPLATE | 280.23 | 280.23 |

Ok to pay
P. Sh—
#48352

260-1100

Subtotal                28,520.23
Sales Tax
Total Invoice Amount    $28,520.23
Payment Received             0.00

Check No: 010963
10/15/98

**TOTAL**  $28,520.23

If tax exempt please forward a certificate with payment.