

**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

RECEIVED OCT [illegible]
☐ ENTERED

INVOICE NUMBER: 20270
INVOICE DATE: 10/13/98

LD TO:
UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL 33618
USA

Ship To:
WILLIAMSTON, MI
#48372

RCC 10/22

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISITI | 3564 | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 150' MONOPOLE WITH CENTER BREAK POINT. | 28,900.00 | 28,900.00 |
| 1.00 | | PROVIDE 14' CLAMP[-ON LOW PROFILE PLATFORM. | 3,000.00 | 3,000.00 |
| 1.00 | 14301 | FREIGHT TO SHIP TOWER. | 800.00 | 800.00 |
| 1.00 | | FREIGHT TO SHIP ANCHOR BOLTS AND TEMPLATE. | 267.23 | 267.23 |

OK to pay
[signature]
#48372

ENTERED OCT 27 1998

Subtotal     32,967.23
Sales Tax
Total Invoice Amount   $32,967.23
Payment Received       0.00

Check No: 011442
10/5/98

TOTAL   $32,967.23

**If tax exempt please forward a certificate with payment.**



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 20271
INVOICE DATE: 10/13/98

LD TO: UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL 33618
USA

Ship To:
LEBANON, IN
SITE 48341

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISIT1 | 4007 | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 150' MONOPOLE 75 MPH 5 CARRIER. | 26,340.00 | 26,340.00 |
| 1.00 | | PROVIDE 14' LOW PROFILE ROTATABLE PLATFORM. | 3,000.00 | 3,000.00 |
| 1.00 | | FREIGHT TO SHIP TOWER. | 800.00 | 800.00 |
| 1.00 | | FREIGHT TO SHIP ANCHOR BOLTS AND TEMPLATE. | 271.17 | 271.17 |

Ok to pay
# 48498   ENTERED OCT 27 1998

| | | |
|---|---|---|
| | Subtotal | 30,411.17 |
| | Sales Tax | |
| | Total Invoice Amount | $30,411.17 |
| | Payment Received | 0.00 |
| Check No: 011442  11/5/98 | TOTAL | $30,411.17 |

If tax exempt please forward a certificate with payment.



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 20272

INVOICE DATE: 10/13/98

LD TO: UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL 33618
USA

Ship To:
PONTIAC, MI
SITE 48095

RCVD 10/22

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISITI | 3641 | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 150' MONOPOLE | 24,440.00 | 24,440.00 |
| 1.00 | | PROVIDE 14' CLAMP-ON LOW PROFILE PLATFORM. | 3,000.00 | 3,000.00 |
| 1.00 | | FREIGHT TO SHIP TOWER. | 800.00 | 800.00 |
| 1.00 | | FREIGHT TO SHOP ANCHOR BOLTS AND TEMPLATE. | 260.12 | 260.12 |

1430

OK to pay
P-GP
#48095

ENTERED OCT 27 1998

Subtotal        28,500.12
Sales Tax
Total Invoice Amount    $28,500.12
Payment Received          0.00

Check No: 011442
11/5/98

TOTAL    $28,500.12

**If tax exempt please forward a certificate with payment.**



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 20273
INVOICE DATE: 10/13/98

TO:
UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL   33618
USA

Ship To:
GRAND RAPIDS, MI
SITE 48497

RCW
10/22

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISIT1 | 3768 | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 180' MONOPOLE 75MPH 5 CARRIER. | 74,580.00  37290 | 74,580.00  37290 |
| 1.00 | | PROVIDE 14' LOW PROFILE ROTATABLE PLATFORM. | 3,000.00 | 3,000.00 |
| 1.00 | | FREIGHT TO SHIP TOWER. | 900.00 | 900.00 |
| 1.00 | | FREIGHT TO SHIP ANCHOR BOLTS AND TEMPLATE. | 255.08 | 255.08 |

1430

OK to pay
J. [signature]
#48497

ENTERED OCT 27 1998

This is 48460
48460
in system

Subtotal                          78,735.08
Sales Tax
Total Invoice Amount              $78,735.08
Payment Received                       0.00
Check No:                  TOTAL   $78,735.08
                                   41445.08

If tax exempt please forward a certificate with payment.



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 20320
INVOICE DATE: 10/29/98

☐ RECEIVED
NOV 0 3 1998
☐ ENTERED

LD TO: UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL 33618
USA

Ship To:
WHEELER ROAD
LIVINGSTON COUNTY, MI
SITE # 48371

| CUSTOMER ID | PURCHASE ORDER # | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISIT1 | 3769 | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 180' MONOPOLE | 37,290.00 | 37,290.00 |
| 1.00 | | PROVIDE 14' LOW PROFILE ROTATABLE PLATFORM | 3,000.00 | 3,000.00 |

ENTERED NOV 0 5 1998

OK to pay
D. C[?]
# 48371

| | |
|---|---|
| Subtotal | 40,290.00 |
| Sales Tax | |
| Total Invoice Amount | $40,290.00 |
| Payment Received | 0.00 |

Check No: 011442
11/5/98

| TOTAL | $40,290.00 |

**If tax exempt please forward a certificate with payment.**



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

☐ ENTERED

INVOICE NUMBER: 20357
INVOICE DATE: 11/5/98

D TO: UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL 33618
USA

Ship To:
PORT HURON, MI/KRAMMER
SITE # 48581

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISITI | 3769 | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 180' MONOPOLE | 37,290.00 | 37,290.00 |
| 1.00 | | PROVIDE 14' LOW PROFILE ROTATABLE PLATFORM | 3,000.00 | 3,000.00 |
| 1.00 | | SHIPPING OF TOWER | 800.00 | 800.00 |
| 1.00 | | SHIPPING OF ANCHOR BOLTS AND TEMPLATE | 240.70 | 240.70 |

OK to pay
# 48581

ENTERED DEC 07 1998

Subtotal 41,330.70
Sales Tax
Total Invoice Amount $41,330.70
Payment Received 0.00

Check No: 012709
10/10/98

TOTAL $41,330.70

**If tax exempt please forward a certificate with payment.**



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 20376
INVOICE DATE: 11/9/98

LD TO: UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL  33618
USA

Ship To:
LEBANON, IND.
SITE 48341

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISITI | 3641 | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | 150' MONOPOLE | 24,440.00 | 24,440.00 |
| 1.00 | | 14' LOW PROFILE ROTATABLE PLATFORM | 3,000.00 | 3,000.00 |
| 1.00 | | FREIGHT FOR TOWER | 800.00 | 800.00 |
| 1.00 | | FREIGHT FOR ANCHOR BOLTS AND TEMPLATE | 271.17 | 271.17 |

ENTERED JAN 19 1999

260-1100

Ok to pay
J. Sh
#48341

Subtotal           28,511.17
Sales Tax
Total Invoice Amount   $28,511.17
Payment Received        0.00

Check No: 012863
1/21/99

TOTAL   $28,511.17

**If tax exempt please forward a certificate with payment.**



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 20377

INVOICE DATE: 11/9/98

.D TO: UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL  33618
USA

Ship To:
FORT WAYNE, IN.
PORTAGE ROAD
SITE 48279

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISIT1 | 3641 | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 150' MONOPOLE 75 MPH 5 CARRIER | 24,440.00 | 24,440.00 |
| 1.00 | | 14' LOW PROFILE ROTATABLE PLATFORM | 3,000.00 | 3,000.00 |
| 1.00 | | FREIGHT FOR TOWER | 800.00 | 800.00 |
| 1.00 | | FREIGHT FOR ANCHOR BOLTS AND TEMPLATE | 251.32 | 251.32 |

14/30\
ENTERED JAN 19 99   60-1100

OK to /97
P. [signature]
#78279

Subtotal  28,491.32
Sales Tax
Total Invoice Amount  $28,491.32
Payment Received  0.00

Check No:  012863
1/21/99

TOTAL  $28,491.32

**If tax exempt please forward a certificate with payment.**



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

☐ RECEIVED
NOV 1 6 1998
☐ ENTERED

INVOICE NUMBER: 20378
INVOICE DATE: 11/9/98

LD TO:
UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL  33618
USA

Ship To:
WATERFORD TOWN, MI
NORTH PONTIAC
SITE 48488

3491

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISIT1 | 3641 | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | 14301 | PROVIDE 150' MONOPOLE 75 MPH 5 CARRIER | 24,440.00 | 24,440.00 |
| 1.00 | 14301 | 14' LOW PROFILE ROTATABLE PLATFORM | 3,000.00 | 3,000.00 |
| 1.00 | | FREIGHT FOR TOWER | 800.00 | 800.00 |
| 1.00 | 14301 | FREIGHT FOR ANCHOR BOLTS & TEMPLATE | 251.32 | 251.32 |

ENTERED JAN 90 1999

OK to pay
Y. Spr
# 48408

Subtotal                28,491.32
Sales Tax
Total Invoice Amount   $28,491.32
Payment Received            0.00

Check No: 01286 3
1/21/99

TOTAL  $28,491.32

If tax exempt please forward a certificate with payment.



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 20379
INVOICE DATE: 11/9/98

.D TO: UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL  33618
USA

Ship To:
DETROIT, MI
SCHWARTZ IRON/METAL
SITE 48559

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISIT1 | 4000 *6* | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | 14301 | 150' MONOPOLE , 75 MPH, 5 CARRIER | 26,340.00 | 26,340.00 |
| 1.00 | 14301 | 14' LOW PROFILE ROTATABLE PLATFORM | 3,000.00 | 3,000.00 |
| 1.00 | | FREIGHT FOR TOWER | 800.00 | 800.00 |
| 1.00 | 1430l | FREIGHT FOR ANCHOR BOLTS & TEMPLATE | 240.68 | 240.68 |

*MI -1100*

ENTERED JAN 19 1999

*ok to py*
*P. ~~48478~~*
*# 48559*

| | |
|---|---|
| Subtotal | 30,380.68 |
| Sales Tax | |
| Total Invoice Amount | $30,380.68 |
| Payment Received | 0.00 |
| Check No: *01286 3*  *1/21/99*   TOTAL | $30,380.68 |

**If tax exempt please forward a certificate with payment.**



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 21744

INVOICE DATE: 2/25/99

LD TO:
UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL 33618
USA

Ship To:
ITE 48004

RECEIVED 3/5/99

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISIT | 3975 | 1% 15, Net 30 Days | 1 |

| QUANTITY | PRODUCT NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 120' EXPANDABLE TO 180' MONOPOLE. | 29,940.00 | 29,940.00 |
| 1.00 | | 14' LOW PROFILE ROTATABLE PLATFORM. | 3,000.00 | 3,000.00 |

ENTERED MAR 0 9 1999

OK to p??
[signature]
48004

| | |
|---|---|
| Subtotal | 32,940.00 |
| Sales Tax | — |
| Total Invoice Amount | $32,940.00 |
| Payment Received | 0.00 |
| Check No: 014624  4/1/99 — TOTAL | $32,940.00 |

If tax exempt please forward a certificate with payment.



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 21746
INVOICE DATE: 2/25/99

LD TO:
UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL 33618
USA

Ship To:
SITE 48475

RECEIVED 3/3/99

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISIT | 3637 | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 150' MONOPOLE | 31,950.00 | 31,950.00 |
| 1.00 | | 12' CLAMP ON SECTORIZED MOUNTS | 3,000.00 | 3,000.00 |

ENTERED MAR 09 1999

OK to p-1
D. gp
48451

| | |
|---|---|
| Subtotal | 34,950.00 |
| Sales Tax | |
| Total Invoice Amount | $34,950.00 |
| Payment Received | 0.00 |
| Check No: | |
| TOTAL | $34,950.00 |

**If tax exempt please forward a certificate with payment.**



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 21872

INVOICE DATE: 4/16/99

LD TO: UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL 33618
USA

Ship To:
MOUNTAINTOP, PA
48989

RECEIVED 5/3/99

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISIT | 4463 | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 170' MONOPOLE | 31,790.00 | 31,790.00 |
| 1.00 | | 14' LOW PROFILE ROTATABLE PLATFORM. | 3,000.00 | 3,000.00 |
| 1.00 | | FREIGHT OF TOWER | 600.00 | 600.00 |
| 1.00 | | FREIGHT OF ANCHOR BOLTS AND TEMPLATE | 300.00 | 300.00 |

ENTERED MAY 05 1999

OK to pay
T. SM
# 48989

Subtotal                35,690.00
Sales Tax
Total Invoice Amount    $35,690.00
Payment Received             0.00
Check No: 015407
5/5/99

| TOTAL | $35,690.00 |

**If tax exempt please forward a certificate with payment.**



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 21951

INVOICE DATE: 5/21/99

TO:
UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL  33618
USA

Ship To:
STRYKERS ROAD
LEPATCONG, NJ

RECEIVED 6/1/99

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISIT | 4452 | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 120' MONOPOLE | 19,640.00 | 19,640.00 |
| 1.00 | | 14' LOW PROFILE ROTATABLE PLATFORM | 3,000.00 | 3,000.00 |
| 1.00 | | SHIPPING OF TOWER | 800.00 | 800.00 |
| 1.00 | | SHIPPING OF ANCHOR BOLTS AND TEMPLATE | 324.67 | 324.67 |

OK to pay
7. ?? 9/8/85

Inv to
H8518

Subtotal    23,764.67
Sales Tax
Total Invoice Amount    $23,764.67
Payment Received    0.00
Check No:
**TOTAL**    $23,764.67

If tax exempt please forward a certificate with payment.



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 22067

INVOICE DATE: 6/29/99

OLD TO: UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL 33618
USA

Ship To:
SITE #49095

RECEIVED 7/8/99

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISIT | 4728 | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 180' MONOPOLE | 32,950.00 | 32,950.00 |
| 1.00 | | PROVIDE 14' LOW PROFILE PLATFORM | 2,900.00 | 2,900.00 |
| 1.00 | | FREIGHT OF ANCHOR BOLTS AND TEMPLATE | 250.00 | 250.00 |
| 1.00 | | FREIGHT OF TOWER | 500.00 | 500.00 |

OK to p'y
J. Ghr
49095

| | |
|---|---|
| Subtotal | 36,600.00 |
| Sales Tax | |
| Total Invoice Amount | $36,600.00 |
| Payment Received | 0.00 |
| Check No: 017818  7/8/99     TOTAL | $36,600.00 |

**If tax exempt please forward a certificate with payment.**



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

JUL 27 1999
☐ ENTERED

INVOICE NUMBER: 22142
INVOICE DATE: 7/22/99

TO: UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL 33618
USA

Ship To:
SITE 48985

ENTERED AUG 27 1999
RECEIVED 8-24-99

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISIT | 4727 | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 14' LOW PROFILE ROTATABLE PLATFORM | 2,900.00 | 2,900.00 |
| 1.00 | | PROVIDE 120' MONOPOLE | 19,150.00 | 19,150.00 |
| 1.00 | | FREIGHT TO SHIP ANCHOR BOLTS AND TEMPLATE | 159.94 | 159.94 |
| 1.00 | | FREIGHT TO SHIP MONOPOLE | 641.30 | 641.30 |

Ok to pay
J. ~~
# 48985

| | |
|---|---|
| Subtotal | 22,851.24 |
| Sales Tax | |
| Total Invoice Amount | $22,851.24 |
| Payment Received | 0.00 |
| Check No: **TOTAL** | $22,851.24 |

If tax exempt please forward a certificate with payment.

| CIVIL ACTION COVER SHEET | DOCKET NO.(S) 03-5290 | Trial Court of Massachusetts Superior Court Department County: SUFFOLK |
|---|---|---|
| PLAINTIFF(S) AMERICAN TOWER CORPORATION | | DEFENDANT(S) FRED A. NUDD CORPORATION and GRANITE STATES INSURANCE COMPANY |
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE DOREEN M. ZANKOWSKI / JEREMY BLACKOWICZ HINCKLEY, ALLEN & SNYDER LLP 28 STATE STREET, BOSTON, MA 02109 Board of Bar Overseers number: #558381 / #650945 | | ATTORNEY (if known) |

Origin code and track designation

Place an x in one box only:
[X] 1. F01 Original Complaint
[ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
[ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
[ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
[ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
[ ] 6. E10 Summary Process Appeal (X)

TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| A01 | Services, labor and Materials | ( F ) | ( ) Yes (XX) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

TORT CLAIMS
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ............
2. Total Doctor expenses ............
3. Total chiropractic expenses ............
4. Total physical therapy expenses ............
5. Total other expenses (describe) ............
Subtotal $............
B. Documented lost wages and compensation to date ............ $............
C. Documented property damages to date ............ $............
D. Reasonably anticipated future medical and hospital expenses ............ $............
E. Reasonably anticipated lost wages ............ $............
F. Other documented items of damages (describe)
$............
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)

$............
TOTAL $............

CONTRACT CLAIMS
(Attach additional sheets as necessary)
Provide a detailed description of claim(s): This Action arises out of Defendants' breach of contract, negligent design, fraudulent misrepresentation of its product, breach of the express and implied warranties and violation of M.G.L. c. 93A.

TOTAL $5,125,000.00

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____  DATE: 11/4/03

AOTC-6 mtc005-11/99
A.O.S.C. 1-2000

HEREBY ATTEST AND CERTIFY ON
DEC. 10, 2003, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY. _____
ASSISTANT CLERK

# Commonwealth of Massachusetts

SUFFOLK SUPERIOR COURT
CIVIL CLERK'S OFFICE

SUFFOLK, ss.

2003 NOV 18  P 12: 05

MICHAEL JOSEPH DONOVAN
CLERK/MAGISTRATE



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 03-5290

AMERICAN TOWER CORPORATION , Plaintiff(s)

v.

FRED A. NUDD CORPORATION and GRANITE STATES INSURANCE COMPANY , Defendant(s)

## SUMMONS

To the above-named Defendant: Granite States Insurance Company
70 Pine Street, New York, New York

You are hereby summoned and required to serve upon Jeremy Blackowicz, Esq. of Hinckley, Allen & Snyder LLP plaintiff's attorney, whose address is 28 State Street, Boston, MA 02109 , an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Suzanne V. DelVecchio, Esquire, at Boston, the Eleventh day of November , in the year of our Lord two thousand and three .

*Michael Joseph Donovan*

Clerk/Magistrate

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
   (1) TORT   (2) MOTOR VEHICLE TORT   (3) CONTRACT — (4) EQUITABLE RELIEF — (5) OTHER

FORM CIV.P. 1 3rd Rev. 30M 10/2000

. HEREBY ATTEST AND CERTIFY ON
DEC. 10, 2003 THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY. _____
ASSISTANT CLERK.

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss                                                    SUPERIOR COURT

|  |  |
|---|---|
| AMERICAN TOWER CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 03-5290 |
| ) | |
| FRED A. NUDD CORPORATION, and ) | |
| GRANITE STATES INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT OF SERVICE

I, Jeremy Blackowicz, having been duly sworn, hereby depose and state as follows:

1.  I am an associate with the firm of Hinckley, Allen & Snyder, attorneys for American Tower Corporation in the above-referenced action;

2.  On November 11, 2003, I served Defendant Fred A. Nudd Corporation with a copy of the Complaint in this matter as well as an original Summons via certified mail/return receipt requested;

3.  I have received confirmation that Defendant Fred A. Nudd has received the above-described Summons and Complaint. I have attached hereto said certified mail return receipt.

SWORN TO UNDER THE PENALITES OF PERJURY, on this 19th day of November, 2003.

_____
Jeremy Blackowicz

HEREBY ATTEST AND CERTIFY ON
DEC. 10, 2003
_____, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

#463999

BY._____
       ASSISTANT CLERK

COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| SUFFOLK, ss. | SUPERIOR COURT<br>C.A. NO: 03-5290 |

5

AMERICAN TOWER CORPORATION,   )
                              )
       Plaintiff,             )
                              )
v.                            )
                              )
FRED A. NUDD CORPORATION, and )
GRANITE STATES INSURANCE      )
COMPANY,                      )
                              )
       Defendants.            )

## STIPULATION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Pursuant to Mass. R. Civ. P. 6(b), defendant Fred A. Nudd Corporation ("Nudd") and plaintiff American Tower Corporation ("ATC") stipulate that the time in which Nudd has to respond to ATC's complaint is enlarged to December 18, 2003.

| FRED A. NUDD CORPORATION | AMERICAN TOWER ASSOCIATION |
|---|---|
| By its Attorneys, | By its attorneys, |
| *[signature]* | *[signature]* |
| Thomas W. Aylesworth (BBO# 630994)<br>Amanda S. Rosenfeld (BBO#654101)<br>Nutter McClennen & Fish LLP<br>World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02210-2604<br>(617) 439-2000 | Doreen M. Zankowski (BBO#558381)<br>Jeremy Blackowicz (BBO#650945)<br>Hinckley, Allen & Snyder, LLP<br>28 State Street<br>Boston, MA 02109<br>(617) 345-9000 |

Dated: December 1, 2003

I HEREBY ATTEST AND CERTIFY ON
DEC. 10, 2003, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: *[signature]*
ASSISTANT CLERK

1277886.1