UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2003 DEC 16 P 2:34

U.S. DISTRICT COURT
DISTRICT OF MASS.

CIVIL ACTION NO.
03-12469 JLT

|  |  |
|---|---|
| AMERICAN TOWER CORPORATION<br>Plaintiff,<br><br>v.<br><br>FRED A. NUDD CORPORATION, and<br>GRANITE STATE INSURANCE COMPANY<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and All Parties of Record:

Please enter our appearance as counsel for the defendant, Granite State Insurance Company, in connection to the above-captioned matter.

THE DEFENDANT,
GRANITE STATE INSURANCE
 COMPANY
By its Attorneys,

_[signature]_

Craig R. Waksler
B.B.O. # 566087
Eric M. Chodkowski
B.B.O. # 648629
Taylor, Duane, Barton & Gilman, LLP
111 Devonshire Street
Boston, MA  02109
(617) 654-8200

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on December 16, 2003.

_[signature]_

Eric M. Chodkowski