UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AMERICAN TOWER CORPORATION, | ) | |
| | ) | CIVIL ACTION NO. 03-12469-JLT |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FRED A. NUDD CORPORATION, and | ) | |
| GRANITE STATE INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT FRED A NUDD CORPORATION'S ASSENTED-TO MOTION TO ENLARGE TIME IN WHICH TO FILE THIRD-PARTY COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), defendant Fred A. Nudd Corporation, with the concurrence of plaintiff American Tower Corporation and defendant Granite State Insurance Company, hereby moves to enlarge the time in which it has to file Third-Party Complaints, under Federal Rule of Civil Procedure 14(a), to **January 28, 2004.** The requested extension of time will not result in the continuance of any hearing, conference, or trial.

FRED A. NUDD CORPORATION

By its Attorneys,

 /s/ Thomas W. Aylesworth
Nelson G. Apjohn (BBO#020373)
Thomas W. Aylesworth (BBO#630994)
Amanda S. Rosenfeld (BBO#654101)
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA  02210-2604
(617) 439-2000

Dated: December 24, 2003

Assented To:

| AMERICAN TOWER CORPORATION | GRANITE STATE INSURANCE COMPANY |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/ Jeremy Blackowicz | /s/ Eric Chodkowski |
| Doreen M. Zankowski (BBO#558381)<br>Jeremy Blackowicz (BBO#650945)<br>Hinckley, Allen & Snyder, LLP<br>28 State Street<br>Boston, MA 02109<br>(617) 345-9000 | Craig R. Waksler (BBO#566087)<br>Eric M. Chodkowski (BBO#648629)<br>Taylor, Duane, Barton & Gilman, LLP<br>111 Devonshire Street<br>Boston, MA 02109<br>(617) 654-8200 |

1286013.1