UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN TOWER CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 03-12469-JLT |
| ) | |
| FRED A. NUDD CORPORATION and ) | |
| GRANITE STATE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF AMERICAN TOWER CORPORATION'S ASSENTED-TO MOTION TO ENLARGE TIME IN WHICH PLAINTIFF MAY FILE A RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff American Tower Corporation, with the concurrence of Defendants Fred A. Nudd Corporation and Granite State Insurance Company, hereby moves to enlarge the time in which it may file any response to Defendant's Motion to Dismiss, under Federal Rule of Civil Procedure 12(b)(6), up to and including **January 9, 2004**. The requested extension of time will not result in the continuance of any hearing, conference, or trial.

Respectfully submitted,

**AMERICAN TOWER CORPORATION,**

By its Attorneys,

*/s/ Jeremy Blackowicz*
Doreen M. Zankowski (BBO#558381)
Jeremy Blackowicz (BBO# 650945)
HINCKLEY, ALLEN & SNYDER LLP
28 State Street
Boston, MA 02109
Phone: (617) 345-9000

Dated: December 31, 2003

#468564 v1
055466/115732

1

*Assented-To:*

| **FRED A. NUDD CORPORATION,** | **GRANITE STATE INSURANCE COMPANY,** |
|---|---|
| By its attorneys, | By its attorneys, |
|    */s/ Thomas W. Aylesworth* |    */s/ Eric M. Chodkowski* |
| Nelson G. Apjohn, BBO #020373 | Craig R. Waksler, BBO #566087 |
| Thomas W. Aylesworth, BBO #630994 | Eric M. Chodkowski, BBO #648629 |
| Amanda S. Rosenfeld, BBO #654101 | TAYLOR, DUANE, BARTON & GILMAN, LLP |
| NUTTER MCLENNEN & FISH LLP | 111 Devonshire Street |
| World Trade Center West | Boston, MA 02109 |
| 155 Seaport Boulevard | Phone: (617) 654-8200 |
| Boston, MA 02210-2604 | |
| Phone: (617) 439-2000 | |