UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN TOWER CORPORATION,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>FRED A. NUDD CORPORATION, and  )<br>GRANITE STATE INSURANCE  )<br>COMPANY,  )<br>)<br>Defendants.  ) | CIVIL ACTION NO. 03-12469-JLT |

**FRED A. NUDD CORPORATION'S LOCAL RULE 7.3**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3, Fred A. Nudd Corporation ("Nudd") hereby states that it has no corporate parents and no publicly held corporation owns 10% or more of Nudd stock.

FRED A. NUDD CORPORATION

By its Attorneys,

/s/ Thomas W. Aylesworth
Nelson G. Apjohn (BBO#020373)
Thomas W. Aylesworth (BBO#630994)
Amanda S. Rosenfeld (BBO#654101)
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Dated: January 5, 2004

1287337.1