# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN TOWER CORPORATION,                      )<br>                                                                          )<br>         Plaintiff,                                              )<br>                                                                          )<br>v.                                                                     )   C.A. No. 03-12469-JLT<br>                                                                          )<br>FRED A. NUDD CORPORATION and      )<br>GRANITE STATE INSURANCE              )<br>COMPANY,                                                    )<br>                                                                          )<br>         Defendants.                                         )| |

### AMERICAN TOWER CORPORATION'S LOCAL RULE 7.3
### CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, Plaintiff American Tower Corporation ("ATC") hereby states that it has no corporate parents and no publicly held corporation owns 10% or more of ATC's stock.

Respectfully submitted,

**AMERICAN TOWER CORPORATION,**

By its Attorneys,

    */s/ Jeremy Blackowicz*
Doreen M. Zankowski (BBO#558381)
Jeremy Blackowicz (BBO# 650945)
HINCKLEY, ALLEN & SNYDER LLP
28 State Street
Boston, MA 02109
Phone: (617) 345-9000

Dated: January 12, 2004

#469469 v1
055466/115732