UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMERICAN TOWER CORPORATION,         )<br>                                     )<br>        Plaintiff,                  )<br>                                     )<br>v.                                   )   C.A. No. 03-12469-JLT<br>                                     )<br>FRED A. NUDD CORPORATION and        )<br>GRANITE STATE INSURANCE             )<br>COMPANY,                             )<br>                                     )<br>        Defendants.                  )<br> | |

**AFFIDAVIT OF JEREMY BLACKOWICZ, ESQ. IN SUPPORT
OF PLAINTIFF'S OPPOSITION TO
GRANITE STATE INSURANCE COMPANY'S MOTION TO DISMISS**

I, Jeremy Blackowicz, Esq. being of age do depose and say:

1. I am an attorney in the law firm of Hinckley, Allen & Snyder LLP, and am a member in good standing of the bar of the Commonwealth of Massachusetts.

2. I represent the Plaintiff in the above-captioned matter, and make the following representations based upon my personal knowledge thereof.

3. The attachments hereto are true and accurate copies of either letters or documents that have been exchanged between the parties, their counsel or produced in this case.

4. Attached hereto as Exhibit 1 is a true and accurate copy of a letter from Doreen M. Zankowski, Esq. to Mr. Fred A. Nudd dated July 3, 2002.

5. Attached hereto as Exhibit 2 is a true and accurate copy of a letter from Mr. Dave Bearman to Doreen M. Zankowski, Esq. dated July 29, 2002.

6. Attached hereto as Exhibit 3 is a true and accurate copy of a letter from Doreen M. Zankowski, Esq. to Mr. Dave Bearman dated August 28, 2002.

7. Attached hereto as Exhibit 4 is a true and accurate copy of a letter and the enclosure from Thomas W. Aylesworth to Doreen M. Zankowski, Esq. to Mr. Fred A. Nudd dated January 8, 2004.

#469718 v1

Signed under the penalties of perjury this 9th day of January, 2004.

_____
Jeremy Blackowicz, Esq.