UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN TOWER CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FRED A. NUDD CORPORATION, and )<br>GRANITE STATE INSURANCE )<br>COMPANY, )<br>)<br>Defendants. ) | CIVIL ACTION NO. 03-12469-JLT |

### DEFENDANT FRED A NUDD CORPORATION'S ASSENTED-TO MOTION TO ENLARGE TIME IN WHICH TO FILE THIRD-PARTY COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b), defendant Fred A. Nudd Corporation ("Nudd"), with the concurrence of plaintiff American Tower Corporation and defendant Granite State Insurance Company, hereby moves to enlarge the time in which it has to file any third-party complaint, under Federal Rule of Civil Procedure 14(a), to **February 27, 2004.** Nudd is seeking insurance coverage with respect to the defense of this action. The requested extension of time will not result in the continuance of any hearing, conference, or trial, and has been assented to by all parties.

FRED A. NUDD CORPORATION

By its Attorneys,

  /s/ Thomas W. Aylesworth
Nelson G. Apjohn (BBO#020373)
Thomas W. Aylesworth (BBO#630994)
Amanda S. Rosenfeld (BBO#654101)
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA  02210-2604

Dated: January 28, 2004 (617) 439-2000

Assented To:

| AMERICAN TOWER CORPORATION | GRANITE STATE INSURANCE COMPANY |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/ Jeremy Blackowicz | /s/ Eric Chodkowski |
| Doreen M. Zankowski (BBO#558381) | Craig R. Waksler (BBO#566087) |
| Jeremy Blackowicz (BBO#650945) | Eric M. Chodkowski (BBO#648629) |
| Hinckley, Allen & Snyder, LLP | Taylor, Duane, Barton & Gilman, LLP |
| 28 State Street | 111 Devonshire Street |
| Boston, MA 02109 | Boston, MA 02109 |
| (617) 345-9000 | (617) 654-8200 |

1294739.1