UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN TOWER CORPORATION, ) | |
| ) | CIVIL ACTION NO. 03-12469-JLT |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| FRED A. NUDD CORPORATION, and ) | |
| GRANITE STATE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |

### FRED A. NUDD CORPORATION'S
### NOTICE OF WITHDRAWAL

Please withdraw our appearance as attorneys for defendant, Fred A. Nudd Corporation, in the above-entitled matter. Successor counsel, Robert E. Riley, Esquire, Vena Riley Deptula, LLP, 250 Summer Street, Boston, MA, 02210 shall file his notice of appearance with this notice of withdrawal.

FRED A. NUDD CORPORATION

By its Attorneys,

_____
Nelson G. Apjohn (BBO#020873)
Thomas W. Aylesworth (BBO#630994)
Amanda S. Rosenfeld (BBO#654101)
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Dated: January 26, 2004

1293744.1