UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12469-JLT

| | |
|---|---|
| AMERICAN TOWER CORPORATION, | ) |
| Plaintiff | ) |
| v. | ) |
| FRED A. NUDD CORPORATION and GRANITE STATE INSURANCE COMPANY, | ) |
| Defendants | ) |

### NOTICE OF APPEARANCE

Kindly enter my appearance on behalf of Defendant Fred A. Nudd Corporation in the above-referenced matter.

Robert E. Riley
BBO NO. 420660
VENA, RILEY, DEPTULA, LLP
250 Summer Street
Boston, MA  02210
(617)951-2400

Dated:  January 30, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on 1/30/04.