UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION 03-12469-JLT

| | |
|---|---|
| AMERICAN TOWER CORPORATION, | ) |
| Plaintiff, | ) |
| vs. | ) |
| GRANITE STATE INSURANCE COMPANY, | ) |
| Defendant, | ) |
| and | ) |
| FRED A. NUDD CORPORATION, | ) |
| Defendant and Third-party Plaintiff, | ) |
| vs. | ) |
| UNDERHILL CONSULTING ENGINEER, P.C. | ) |
| Third-party defendant. | ) |

**NOTICE OF APPEARANCE**

TO THE CLERK FO THE ABOVE-REFERENCED COURT:

Please enter my appearance on behalf of the third-party defendant Underhill Consulting Engineer, P.C.

_(signature)_
Terrance J. Hamilton
CASNER & EDWARDS, LLP
303 Congress Street
Boston, MA 02210
(617) 426-5900
B.B.O. No. 218980

DATED: 3.22.04

3400.545/315235.1

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each party by mail (by hand) on 3/22/04

(Signature)