UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION 03-12469-JLT

| | |
|---|---|
| AMERICAN TOWER CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| GRANITE STATE INSURANCE COMPANY, | ) |
| | ) |
| Defendant, | ) |
| and | ) |
| | ) |
| FRED A. NUDD CORPORATION, | ) |
| | ) |
| Defendant and Third-party plaintiff, | ) |
| vs. | ) |
| | ) |
| UNDERHILL CONSULTING ENGINEER, P.C. | ) |
| | ) |
| Third-party defendant. | ) |

**THIRD-PARTY DEFENDANT UNDERHILL CONSULTING ENGINEER, P.C.'S
LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT**

Third-party defendant Underhill Consulting Engineer, P.C. (Underhill), pursuant
to Local Rule 7.3, states that it has no corporate parent and no publicly held corporation
owns ten percent (10%) or more of Underhill's stock.

UNDERHILL CONSULTING ENGINEER, P.C.,
By its attorneys,

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true
copy of the above document was served
upon (each party appearing pro se and)
the attorney of record for each party by
mail (by hand) on 5 / 11 / 04

(Signature)

Terrance J. Hamilton
CASNER & EDWARDS, LLP
303 Congress Street
Boston, MA 02210
(617) 426-5900
B.B.O. No. 218980

DATED: May 11, 2004