UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
03-12469JLT

AMERICAN TOWER CORPORATION )
        Plaintiff, )
)
v. )
)
FRED A. NUDD CORPORATION, and )
GRANITE STATE INSURANCE COMPANY )
)
        Defendants. )

FILED IN CLERKS OFFICE
2004 MAY 14 P 3:21
DISTRICT COURT
DISTRICT OF MASS.

## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT OF THE DEFENDANT, GRANITE STATE INSURANCE COMPANY

Pursuant to Local Rule 7.3 for the United States District Court for the District of Massachusetts, the defendant, Granite State Insurance Company ("Granite State"), hereby states that it is owned by New Hampshire Insurance Company and that no publicly held corporation directly owns 10% or more of Granite State's stock.

New Hampshire Insurance Company is wholly owned by NHIG Holding Corporation, which in turn, is wholly owned by American International Group, Inc.

THE DEFENDANT,
GRANITE STATE INSURANCE COMPANY
By its Attorneys,

_____
Craig R. Waksler
B.B.O. # 566087
Eric M. Chodkowski
B.B.O. # 648629
TAYLOR, DUANE, BARTON & GILMAN, LLP
111 Devonshire Street
Boston, MA  02109
(617) 654-8200

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on May 13, 2004.

_____
Eric M. Chodkowski