# TAYLOR DUANE BARTON & GILMAN, LLP

Attorneys at Law

111 Devonshire Street
Boston, Massachusetts 02109

617/654-8200
Fax 617/482-5350
www.tdbgllp.com

ALLAN E. TAYLOR*
JAMES J. DUANE III*
JOHN J. BARTON**
PAMELA SLATER GILMAN*
EDWARD D. SHOULKIN*
JENNIFER ELLIS BURKE*
FRANCIS A. CONNOR III**
ROBERT C. SHINDELL*
CRAIG R. WAKSLER**
STEPHEN ADAMS*⁺⁺⁺
SHERI L. PIZZI**
ANDRIA COLETTA*
TAMARA J. SMITH*
ROBERT M. ELMER**^
JENNIFER LYNCH BUCKLEY**
CAROLE L. McLAUGHLIN**
ERIC M. CHODKOWSKI*
LAWRENCE T. GINGROW III**
TIMOTHY E. BRAY*⁹
EDWARD COBURN**
ANDREW C. COULAM**
ANDREW R. WEINER*
C. MURRAY HARRIS*
KRISTIE L. McCANN⁰

* admitted in Massachusetts
⁺ admitted in Rhode Island
** admitted in Connecticut
^ admitted in New York
⁹ admitted in Maine
⁰ admitted in Texas

10 Dorrance Street, Suite 700
Providence, Rhode Island 02903

401/273-7171
Fax 401/273-8904

Writer's E-mail Address
echodkowski@tdbgllp.com

June 1, 2004

Ms. Zita Lovett, Deputy Clerk
United States District Court
   for the District of Massachusetts
U.S. Courthouse
1 Courthouse Way
Boston, MA 02110

Re: American Tower Corporation v. Fred A. Nudd Corporation and
    Granite State Insurance Company
    U.S. District Court; District of Massachusetts; Civil Action No. 03-12469 JLT

Dear Ms. Lovett:

In accordance with the Discovery Order issued on May 25, 2004, we are writing to notify the Court that Granite State filed its Motion to Sever and Stay All Proceedings Against It Pending the Resolution of the Underlying Claims Against the Co-Defendant, Fred A. Nudd Corporation, on May 26, 2004, and, therefore, the motion will be pending before the Court at the June 22, 2004 hearing. If the Court is inclined to hear the motion that day, we will be prepared to argue it.

If the Court requires any further information, please do not hesitate to contact me.

Very truly yours,

Eric M. Chodkowski

EMS/jms
cc:   All Parties of Record.