UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| AMERICAN TOWER CORPORATION,<br><br>Plaintiff<br><br>v.<br><br>FRED A. NUDD CORPORATION and<br>GRANITE STATE INSURANCE<br>COMPANY,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 03-12469-JLT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

*FILED CLERKS OFFICE*
*2004 JUN -7 P 2:31*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS.*

### NOTICE OF APPEARANCE

Please enter the appearance of Kevin S. Murphy, Matthew C. Welnicki and the law firm of Yurko & Salvesen, P.C. for the Plaintiff American Tower Corporation in the above matter.

Predecessor counsel is filing a notice of withdrawal concurrently with this appearance.

Respectfully Submitted,

AMERICAN TOWER CORPORATION

By its attorneys,

_____
Kevin S. Murphy (BBO# 638335)
Matthew C. Welnicki (BBO# 647104)
YURKO & SALVESEN, P.C.
One Washington Mall, 11th Flr.
Boston, MA 02108-2603
(617) 723-7900

Dated: June 3, 2004