## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN TOWER CORPORATION,     ) | |
|        ) | |
|     Plaintiff,     ) | |
|        ) | |
| v.     ) | C.A. No. 03-12469-JLT |
|        ) | |
| FRED A. NUDD CORPORATION and     ) | |
| GRANITE STATE INSURANCE     ) | |
| COMPANY,     ) | |
|        ) | |
|     Defendants.     ) | |

## WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Doreen M. Zankowski, Jeremy Blackowicz and the

law firm of Hinckley, Allen & Snyder, LLP as counsel for the Plaintiff, American Tower

Corporation in the above-captioned action effective immediately.  Successor counsel is filing a

notice of appearance concurrently with this withdrawal.

Dated:  June 3, 2004

Doreen M. Zankowski (BBO#558381)
Jeremy Blackowicz (BBO# 650945)
HINCKLEY, ALLEN & SNYDER LLP
28 State Street
Boston, MA 02109
Phone: (617) 345-9000