UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 10 A 11: 14

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| AMERICAN TOWER CORPORATION,<br><br>Plaintiff<br><br>v.<br><br>FRED A. NUDD CORPORATION and<br>GRANITE STATE INSURANCE<br>COMPANY,<br><br>Defendants. | Civil Action No. 03-12469-JLT |

### PLAINTIFF'S ASSENTED TO MOTION FOR A CONTINUANCE OF SCHEDULING CONFERENCE

Plaintiff American Tower Corporation hereby respectfully requests that this Court grant a short continuance of the Scheduling Conference set to take place on June 22, 2004. As grounds for this request, Plaintiff states that within the last week it has retained new counsel and that a continuance would allow Plaintiff's new counsel to become better familiar with the case and any pending motions, and will provide the parties the opportunity to discuss in greater detail and better resolve the scheduling and other issues to be raised at the Scheduling Conference. Plaintiff requests that this Court continue the Scheduling Conference for no more than two weeks, to a date that is convenient for this Court.

Counsel for each other party has assented to the Plaintiff's request.

Respectfully submitted by,

AMERICAN TOWER CORPORATION

By its attorneys,

*/s/ Kevin S. Murphy*
Kevin S. Murphy (BBO# 638335)
Matthew C. Welnicki (BBO# 647104)
YURKO & SALVESEN, P.C.
One Washington Mall, 11th Flr.
Boston, MA 02108-2603
(617) 723-7900

Assented to by:

FRED A. NUDD CORPORATION

By its attorneys,

*/s/ Robert E. Riley (MCW)*
Robert E. Riley
VENA, RILEY, DEPTULA LLP
250 Summer Street
Boston, MA 02210
(617) 951-2400

GRANITE STATES INSURANCE COMPANY

By its attorneys,

*/s/ Eric M. Chodkowski (MCW)*
Craig R. Waksler
Eric M. Chodkowski
TAYLOR, DUANE, BARTON & GILMAN
111 Devonshire Street
Boston, MA 02109
(617) 654-8200

Page -2-

UNDERHILL CONSULTING ENGINEER, P.C.

_Terrance J Hamilton_ (MW)
Terrance J. Hamilton (BBO # 218980)
CASNER & EDWARDS, LLP
303 Congress Street
Boston, MA 02210
(617) 426-5900

Date: June 10, 2004

Certification of Conference in Compliance with Local Rule 7.1

I hereby certify that on June 9, 2004 I conferred with counsel for each other party with respect to the issues in the above motion. Counsel have assented to this motion.

_____
Matthew C. Welnicki