UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
03-12469 JLT

|   |   |
|---|---|
| AMERICAN TOWER CORPORATION<br>Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| GRANITE STATE INSURANCE COMPANY | ) |
| Defendant, | )<br>) |
| and | ) |
| FRED A NUDD CORPORATION | )<br>) |
| Defendant and<br>Third-Party Plaintiff, | )<br>)<br>) |
| UNDERHILL CONSULTING<br>ENGINEER, P.C. | )<br>)<br>) |
| Third-Party Defendant. | ) |

## LOCAL RULE 16.1(D)(3) CERTIFICATION

The undersigned certify that the defendant, Granite State Insurance Company, and its counsel, Taylor, Duane, Barton & Gilman, LLP, have conferred with a view to establishing a budget for the costs of conducting the full course, as well as various alternative courses, of this litigation and with regard to considering the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated:     June 14, 2004

| The Defendant, | The Defendant's Attorneys, |
|---|---|
| GRANITE STATE INSURANCE COMPANY, | TAYLOR, DUANE, BARTON & GILMAN, LLP |
| By:  David Bearman<br>Director<br>AIG Claims Services, Inc. | Craig R. Waksler<br>B.B.O. # 566087<br>Eric M. Chodkowski<br>B.B.O. # 648629<br>111 Devonshire Street<br>Boston, Massachusetts 02109<br>(617) 654-8200 |

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on June 16, 2004.

Eric M. Chodkowski

2