UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12469-JLT

FILED
CLERKS OFFICE

2004 JUN 18 A

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| AMERICAN TOWER CORPORATION, | ) |
| Plaintiff | ) |
| v. | ) |
| GRANITE STATE INSURANCE COMPANY, | ) |
| Defendant | ) |
| and | ) |
| FRED A. NUDD CORPORATION, COMPANY, | ) |
| Defendant and Third Party Plaintiff | ) |
| v. | ) |
| UNDERHILL CONSULTING ENGINEER, P.C. | ) |
| Third Party Defendant | ) |

**CERTIFICATION OF DEFENDANT FRED A. NUDD
CORPORATION AND ITS COUNSEL ROBERT E. RILEY
AS TO COMPLIANCE WITH LOCAL RULE 16.1(D)(3)**

Now comes the Defendant Fred A. Nudd Corporation and its counsel, Robert E. Riley and certify that, pursuant to Local Rule 16.1(D)(3), we have conferred:

    a.    with a view to establishing a budget for the cost of conducting the full course – and various alternative courses – of the litigation; and

    b.    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R.16.4.

The Defendant,

| FRED A. NUDD CORPORATION<br>By its attorney,<br><br>_____<br>Robert E. Riley<br>BBO No. 420660<br>VENA, RILEY, DEPTULA, LLP<br>250 Summer Street<br>Boston, MA 02210<br>(617)951-2400 | FRED A. NUDD CORPORATION<br><br><br>_____<br>Thomas Nudd, President<br>Fred A. Nudd Corporation<br>P.O. Box 577<br>1743 Route 104<br>Ontario, NY 14519<br>(315)524-2531 |
|---|---|

Dated: June 17, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on 6/18/04

_____

2