```
                              FILED
                         IN CLERKS OFFICE
    UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF MASSACHUSETTS
                         2004 JUN 18  A 11: 41

         CIVIL ACTION NO. 03-12469-JLT
                         U.S. DISTRICT COURT
                          DISTRICT OF MASS.
```

| | |
|---|---|
| AMERICAN TOWER CORPORATION, | ) |
| Plaintiff | ) |
| v. | ) |
| GRANITE STATE INSURANCE COMPANY, | ) |
| Defendant | ) |
| and | ) |
| FRED A. NUDD CORPORATION, COMPANY, | ) |
| Defendant and Third Party Plaintiff | ) |
| v. | ) |
| UNDERHILL CONSULTING ENGINEER, P.C. | ) |
| Third Party Defendant | ) |

## INITIAL DISCLOSURE OF DEFENDANT FRED A. NUDD CORPORATION

Pursuant to Fed.R.Civ.P.26(a)(1) and Local Rule 26.2(A), Fred A. Nudd Corporation makes the following initial disclosures, based on the information now reasonably available to it:

A. Based on the facts alleged in the Complaint, Fred A. Nudd Corporation identifies the following individuals who may have discoverable information relevant to any disputed facts:

1. Patrick Homer, Unisite, 3450 Buschwood Park, Suite 250, Tampa, FL. Mr. Homer was the Unisite representative with whom Fred A. Nudd Corporation dealt regarding the towers which are the subject of this action.

2. George Underhill, the President of Underhill Consulting Engineer, P.C. Mr. Underhill performed the engineering and certification services on the towers which are the subject of this action.

3. Thomas Nudd, Lowell Nudd, Michael Withey, Timothy Wilson and Patrick Botimer, Fred A. Nudd Corporation, P.O. Box 577, 1743 Route 104, Ontario, NY 14519 (315)524-2531.

B. Based on the facts alleged in the Complaint, Fred A. Nudd Corporation identifies the following documents, data compilations, tangible things in its possession, custody or control which may be relevant to any disputed facts:

1. Engineering packages relating to the towers.

2. Work orders, invoices, shipping orders, purchase orders and correspondence between Nudd and Unisite.

C. Not applicable.

D.

1. Mt. Hawley Insurance Company, Policy No. MGL0128487.

2. Granite State Insurance Company/AIG, Policy No. CPP-0000-7098-56-5298 (produced on January 8, 2004).

3. Diamond State Insurance Company, Policy No. CV006433.

4. United States Fire Insurance Company, Policy No. 503-184935.

                  The Defendant and
                  Third Party Plaintiff
                  FRED A. NUDD CORPORATION
                  By its attorney,

                  Robert E. Riley
                  BBO NO. 420660
                  VENA, RILEY, DEPTULA, LLP
                  250 Summer Street
                  Boston, MA  02210
                  (617)951-2400

Dated:  June 17, 2004

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the within document was served upon the attorney of record for each other party by (hand) (mail) on 6/18/04.