UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 16 P 4: 05

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| AMERICAN TOWER CORPORATION, | ) |
| Plaintiff | ) Civil Action No. 03-12469-JLT |
| v. | ) |
| FRED A. NUDD CORPORATION and GRANITE STATE INSURANCE COMPANY, | ) |
| Defendants. | ) |

## PLAINTIFF AMERICAN TOWER CORPORATION'S
## LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), the undersigned hereby certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
American Tower Corporation

By: _Steven Vondran_

Its: _Vice President, Operations, Counsel_

Its attorneys,

_____
Kevin S. Murphy (BBO# 638335)
Matthew C. Welnicki (BBO# 647104)
YURKO & SALVESEN, P.C.
One Washington Mall, 11th Flr.
Boston, MA 02108-2603
(617) 723-7900

Dated: June 16, 2004