UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION 03-12469-JLT

AMERICAN TOWER CORPORATION, )
      Plaintiff, )
vs. )
  )
GRANITE STATE INSURANCE COMPANY, )
  )
      Defendant, )
and )
  )
FRED A. NUDD CORPORATION, )
  )
      Defendant and Third-party plaintiff, )
vs. )
  )
UNDERHILL CONSULTING ENGINEER, P.C. )
  )
      Third-party defendant. )

**THIRD-PARTY DEFENDANT'S LOCAL RULE 16.1(D)(3) CERTIFICATION**

Third-party defendant Underhill Consulting Engineer, P.C. and its counsel, pursuant to the United States Court for the District of Massachusetts Local Rule 16.1(D)(3), hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of litigation. In addition, third-party defendant and its counsel have considered the resolution of this litigation through the use of alternative dispute resolution programs.

                                  UNDERHILL CONSULTING ENGINEER, P.C
                                  By its attorneys,

                                  Terrance J. Hamilton
                                  CASNER & EDWARDS, LLP
                                  303 Congress Street
                                  Boston, MA 02210
                                  (617) 426-5900
                                  B.B.O. No. 218980

UNDERHILL CONSULTING ENGINEER, P.C
By:   GEORGE R. UNDERHILL

*/s/ G. R. Underhill*
Its   PRESIDENT

DATED:  June 21 , 2004