# United States District Court
**District of Massachusetts**

```
AMERICAN TOWER

                                        CA 03-12469-JLT
    V

FRED NUDD, et al
```

### NOTICE

The above-entitled case has been set for **a Scheduling Conference on September 14,2004 at 10:45 A.M.** in <u>Courtroom 20,7th Floor,at new FEDERAL COURTHOUSE, 1</u> Courthouse Way, Boston, MA.

```
                                        By the Court,

                                        /s/

                                        Zita Lovett
                                        Deputy Clerk

Date: August 31, 2004
CC:   All counsel of record
```