# United States District Court
## District of Massachusetts

AMERICAN TOWER

                                      CA 03-12469-JLT

   V

FRED A. NUDD, et al

### NOTICE

The above-entitled case has been set for **a Scheduling Conference on November 1, 2004 at 10:00 A.M.** in Courtroom 20, 7th Floor, at new FEDERAL COURTHOUSE, 1 Courthouse Way, Boston, MA.

Note: Any counsel who realizes that one or more attorneys have not been notified, shall forthwith notify the additional attorneys in writing.

                                                By the Court,

                                                /s/

                                                Zita Lovett
                                              Deputy Clerk

Date: October 13, 2004