UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AMERICAN TOWER CORPORATION,<br>　　　　　　Plaintiff, | *<br>*<br>* | |
| v. | *<br>* | Civil Action No. 03-12469-JLT |
| GRANITE STATE INSURANCE COMPANY,<br>　　　　　　Defendant, | *<br>*<br>* | |
| and | *<br>* | |
| FRED A. NUDD CORPORATION,<br>　　　　　　Defendant and<br>　　　　　　Third-Party Plaintiff, | *<br>*<br>*<br>* | |
| v. | *<br>* | |
| UNDERHILL CONSULTING ENGINEER, P.C.,<br>　　　　　　Third-Party Defendant. | *<br>* | |

ORDER

November 1, 2004

TAURO, J.

After a conference on November 1, 2004, this court hereby orders that:

1. The Parties' <u>Joint Statement Pursuant to Local Rule 16.1(D)</u> [#38] is ADOPTED with the caveat that Plaintiff may amend the Complaint to assert a cause of action against Third-Party Defendant by December 1, 2004; and

2. The Parties are to file with this court a status report by December 1, 2004.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Joseph L. Tauro
　　　　　　　　　　　　　　　　　　　　　　United States District Judge