

**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 19940

INVOICE DATE: 6/24/98

D TO:   UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL  33618
USA

Ship To:
METRO WELDING, DETROIT, MI
SITE 48100   DE 02018A

ENTERED JUL - 8 1998

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| CUSTOMER ID: UNISITI | PURCHASE ORDER: 3491 | PAYMENT TERMS: 1% 15, Net 30 Days | PAGE: 1 |
| 1.00 | SHIPPING OF ANCHOR BOLTS | 360.83 | 360.83 |
| 1.00 | SHIPPING OF POLE | 800.00 | 800.00 |
| 1.00 | PROVIDE 150' MONOPOLE | 24,440.00 | 24,440.00 |
| 1.00 | PROVIDE 16' LO PRO PLATFORM | 3,000.00 | 3,000.00 |

OK t. P-
J. Gm
# 48100

Subtotal                                     28,600.83
Sales Tax
Total Invoice Amount                        $28,600.83
Payment Received                                  0.00

Check No: 009419
7/1/98

| | TOTAL | $28,600.83 |
|---|---|---|

If tax exempt please forward a certificate with payment.



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 19977

INVOICE DATE: 7/2/98

D TO: UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL   33618
USA

Ship To:
S. EMERSON
SITE 48347

3COD
7/22

ENTERED JUL 2 1 1998

| CUSTOMER ID UNIS141 | PURCHASE ORDER 9491 | PAYMENT TERMS 1% 15, Net 30 Days | PAGE 1 |
|---|---|---|---|

| QUANTITY | | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 150' MONOPOLE | 24,440.00 | 24,440.00 |
| 1.00 | | PROVIDE 14' CLAMP ON LOW PROFILE PLATFORM | 3,000.00 | 3,000.00 |
| 1.00 | | SHIPPING OF MONOPOLE TO SITE. | 800.00 | 800.00 |

Ok to pay
# 48347
D. Jun

| | | |
|---|---|---|
| Subtotal | | 28,240.00 |
| Sales Tax | | |
| Total Invoice Amount | | $28,240.00 |
| Payment Received | | 0.00 |

Check No: 009419
7/31/98

| **TOTAL** | $28,240.00 |
|---|---|

If tax exempt please forward a certificate with payment.



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 19998

INVOICE DATE: 7/10/98

D TO:  UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL  33618
USA

Ship To:
SITE #48102
OMIRA STREET, DETROIT

ENTERED JUL 2 8 1998

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISITI | 3534 | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 125' MONOPOLE | 22,230.00 | 22,230.00 |
| 1.00 | | PROVIDE 16' CLAMP ON STANDARD PLATFORM | 2,650.00 | 2,650.00 |
| 1.00 | | FREIGHT TO SITE 14605 | 800.00 | 800.00 |

☐ RECEIVED
JUL 1 5
☐ ENTERED

OK to p~y
7-Spr
#48102

| | | Subtotal | | 25,680.00 |
|---|---|---|---|---|
| | | Sales Tax | | |
| | | Total Invoice Amount | | $25,680.00 |
| | | Payment Received | | 0.00 |
| | Check No: | | | |
| | | | TOTAL | $25,680.00 |

If tax exempt please forward a certificate with payment.



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 19999

INVOICE DATE: 7/10/98

.D TO:  UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL  33618
USA

Ship To:
SITE #48092
KERRY BROTHERS

RCW'D 7/27

ENTERED JUL 2 8 1998

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | | PAGE |
|---|---|---|---|---|
| UNISITE | 3491 | 1% 15, Net 30 Days | | 1 |

| QUANTITY | ITEM NUMBER | | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 150' MONOPOLE | | |
| 1.00 | | PROVIDE 14' CLAMP ON LOW | 24,440.00 | 24,440.00 |
| | | PROFILE PLATFORM | 3,000.00 | 3,000.00 |
| 1.00 | | DELIVERY TO SITE 14605 | 800.00 | 800.00 |

☑ RECEIVED

JUL 1 5 99

☐ ENTERED

OK to pay $91
GPW
P #48092

| | | |
|---|---|---|
| Subtotal | | 28,240.00 |
| Sales Tax | | |
| Total Invoice Amount | | $28,240.00 |
| Payment Received | | 0.00 |

Check No: 009419
7/13/98

| TOTAL | $28,240.00 |
|---|---|

If tax exempt please forward a certificate with payment.



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER:    20011

INVOICE DATE:    7/15/98

D TO:    UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL  33618
USA

Ship To:
SITE 48349
PENA PIKE

ENTERED JUL 2 3 1998

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISITI | 3491 | 1% 15, Net 30 Days | 1 |

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| 1.00 | PROVIDE 150' MONOPOLE | 24,440.00 | 24,440.00 |
| 1.00 | PROVIDE 14' CLAMP ON LOW PROFILE PLATFORM | 3,000.00 | 3,000.00 |
| 1.00 | FREIGHT TO SITE  14605 | 800.00 | 800.00 |

OK to 1-7
P. Gm

ENTERED JUL 2 3 1998

SIGN HERE

| | | Subtotal | 28,240.00 |
|---|---|---|---|
| | | Sales Tax | |
| | | Total Invoice Amount | $28,240.00 |
| | | Payment Received | 0.00 |

Check No:  009419
7/3/98

| TOTAL | $28,240.00 |
|---|---|

If tax exempt please forward a certificate with payment.



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER:
20044

INVOICE DATE: 7/23/98

TO:
UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL 33618
USA

Ship To:
ANTHONY BOULEVARD
FT. WAYNE, IN
Site# 18287

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISIT1 | 3491 | 1% 15, Net 30 Days | 1 |

| QUANTITY | | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 150' MONOPOLE | 24,440.00 | 24,440.00 |
| 1.00 | | PROVIDE 14' CLAMP ON LOW PROFILE PLATFORM | 3,000.00 | 3,000.00 |
| 1.00 | | FREIGHT TO DELIVER TOWER | 800.00 | 800.00 |
| 1.00 | | FREIGHT TO PREDELIVER ANCHOR BOLTS AND TEMPLATE | 242.50 | 242.50 |

ENTERED AUG - 6 1998

Ok to p..
J. Gpm
# 48287

| | | | Subtotal | 28,482.50 |
|---|---|---|---|---|
| | | | Sales Tax | |
| | | | Total Invoice Amount | $28,482.50 |
| | | | Payment Received | 0.00 |

Check No: 010207
9/11/98

| | TOTAL | $28,482.50 |
|---|---|---|

If tax exempt please forward a certificate with payment.



# FRED A. NUDD CORPORATION
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 20046

INVOICE DATE: 7/23/98

TO:
UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL  33618
USA

Ship To:
RANDALL/CRAWFORDSVILLE
INDIANAPOLIS, IN
SITE # 48438

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISIT1 | 3491 | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM/DESC | UNIT PRICE | EXTENSION |
|---|---|---|---|
| 1.00 | PROVIDE 150' MONOPOLE | 24,440.00 | 24,440.00 |
| 1.00 | PROVIDE 14' CLAMP ON LOW PROFILE PLATFORM | 3,000.00 | 3,000.00 |
| 1.00 | FREIGHT TO SHIP TOWER | 800.00 | 800.00 |
| 1.00 | FREIGHT TO PRESHIP ANCHOR BOLTS AND TEMPLATE | 236.04 | 236.04 |

**ENTERED AUG - 6 1998**

| | |
|---|---|
| Subtotal | 28,476.04 |
| Sales Tax | |
| Total Invoice Amount | $28,476.04 |
| Payment Received | 0.00 |

Check No: 010207
9/11/98

| | TOTAL | $28,476.04 |

If tax exempt please forward a certificate with payment.



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 20051

INVOICE DATE: 7/23/98

D TO:  UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL  33618
USA

Ship To:
S. EASTERN & I 465
SITE #48343

*RCW 9/6*

| CUSTOMER ID | PURCHASE ORDER # | PAYMENT TERMS | | PAGE |
|---|---|---|---|---|
| UNISIT1 | 3641 | 1% 15, Net 30 Days | | 1 |

| QUANTITY | U/M | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 150' TOWER | 24,440.00 | 24,440.00 |
| 1.00 | | PROVIDE 14' CLAMP ON LOW PROFILE PLATFORM | 3,000.00 | 3,000.00 |
| 1.00 | | FREIGHT TO SHIP TOWER | 800.00 | 800.00 |
| 1.00 | | FREIGHT TO PRESHIP ANCHOR BOLTS AND TEMPLATE | 186.00 | 186.00 |

*OK to pay*
*D. GM*
*#48343*

ENTERED AUG - 6 1998

|  | Subtotal | 28,426.00 |
|---|---|---|
|  | Sales Tax | |
|  | Total Invoice Amount | $28,426.00 |
|  | Payment Received | 0.00 |

Check No: 009622
8/12/98

| | TOTAL | $28,426.00 |

If tax exempt please forward a certificate with payment.



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 20047

INVOICE DATE: 7/23/98

TO: UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL  33618
USA

Ship To:
EMERSON & 38TH STREET
INDIANAPOLIS, IN
SITE 48353

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISIT1 | 3491 | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM NUMBER | | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 150' MONOPOLE | 24,440.00 | 24,440.00 |
| 1.00 | | PROVIDE 14' CLAMP ON LOW PROFILE PLATFORM | 3,000.00 | 3,000.00 |
| 1.00 | | FREIGHT TO SHIP TOWER 14605 | 800.00 | 800.00 |
| 1.00 | | FREIGHT TO PRESHIP ANCHOR BOLTS AND TEMPLATE | 236.04 | 236.04 |

ENTERED AUG - 6 1998

Ok to Pmt
48353

| | | |
|---|---|---|
| Subtotal | | 28,476.04 |
| Sales Tax | | |
| Total Invoice Amount | | $28,476.04 |
| Payment Received | | 0.00 |

Check No: 10207
9-11-98

| | TOTAL | $28,476.04 |
|---|---|---|

If tax exempt please forward a certificate with payment.



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 20074

INVOICE DATE: 7/30/98

D TO:
UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL 33618
USA

Ship To:
COMSOFT
SITE 48072

ENTERED AUG 3 1 1998

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | | PAGE |
|---|---|---|---|---|
| UNISITI | 3669 | 1% 15, Net 30 Days | | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 125' MONOPOLE WITH CENTER BREAK 75 MPH | 24,230.00 | 24,230.00 |
| 1.00 | | PROVIDE 12' CLAMP ON SECTIONIZED MOUNTS. | 3,000.00 | 3,000.00 |
| 1.00 | | ICE BRIDGE WITH MOUNTS (30') | 495.00 | 495.00 |
| 1.00 | | FREIGHT TO SHIP TOWER | 600.00 | 600.00 |
| 1.00 | | FREIGHT FOR ANCHOR BOLTS AND TEMPLATE. | 155.19 | 155.19 |

OK to 1"
T. Gn
# 48072

| | Subtotal | 28,480.19 |
|---|---|---|
| | Sales Tax | |
| | Total Invoice Amount | $28,480.19 |
| | Payment Received | 0.00 |
| Check No: | | |
| | **TOTAL** | $28,480.19 |

If tax exempt please forward a certificate with payment.



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 20125

INVOICE DATE: 8/19/98

RCVD 8/25

D TO:    UNISITE
         3450 BUSCHWOOD PARK DRIVE
         SUITE 250
         TAMPA, FL   33618
         USA

Ship To:
CLINTON TOWNSHIP, MI
SITE # 48119

ENTERED AUG 3 1 1998

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISIT1 | 3534 | 1% 15, Net 30 Days | 1 |

| QUANTITY | | PRICE | EXTENSION |
|---|---|---|---|
| 1.00 | PROVIDE 125' MONOPOLE | 22,230.00 | 22,230.00 |
| 1.00 | 16' CLAMP-ON LOW PROFILE PLATFORM. | 2,650.00 | 2,650.00 |
| 1.00 | TOWER FREIGHT | 800.00 | 800.00 |
| 1.00 | ANCHOR BOLT FREIGHT | 210.12 | 210.12 |

14854

OK to pay
D. [signature]
# 48119

| | | |
|---|---|---|
| Subtotal | | 25,890.12 |
| Sales Tax | | |
| Total Invoice Amount | | $25,890.12 |
| Payment Received | | 0.00 |

Check No: 010207
9/11/98

| TOTAL | $25,890.12 |
|---|---|

If tax exempt please forward a certificate with payment.



# FRED A. NUDD CORPORATION
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 20126

INVOICE DATE: 8/19/98

*RCV'd 8/25*

D TO:   UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL   33618
USA

Ship To:
I-70E & I465
SITE # 48276

**ENTERED AUG 3 1 1998**

| CUSTOMER I.D. | PURCHASE ORDER | PAYMENT TERMS | | PAGE |
|---|---|---|---|---|
| UNISITI | 3641 | 1% 15, Net 30 Days | | 1 |

| QUANTITY | | DESCRIPTION | | UNIT | EXTENSION |
|---|---|---|---|---|---|
| 1.00 | | PROVIDE 150' MONOPOLE | | 24,440.00 | 24,440.00 |
| 1.00 | | 14' CLAMP-ON LOW PROFILE | | 3,000.00 | 3,000.00 |
| | | PLATFORM. | | | |
| 1.00 | | FREIGHT FOR TOWER | | 800.00 | 800.00 |
| 1.00 | | FREIGHT FOR ANCHOR BOLTS | | 230.23 | 230.23 |
| | | & TEMPLATE | | | |

*14605*

*OK to pay*
*D. gym*
*# 48 27 6*

| | | |
|---|---|---|
| Subtotal | | 28,470.23 |
| Sales Tax | | |
| Total Invoice Amount | | $28,470.23 |
| Payment Received | | 0.00 |

Check No: 010207
9/11/98

| | TOTAL | $28,470.23 |
|---|---|---|

If tax exempt please forward a certificate with payment.



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 20155

INVOICE DATE: 8/26/98

TO:    UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL 33618
USA

Ship To:
SWEETMANS LANE
SITE #48475

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISIT1 | 3641 | 1% 15, Net 30 Days | 1 |

| QUANTITY | | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 150' MONOPOLE | 24,440.00 | 24,440.00 |
| 1.00 | | 14' CLAMP ON LOW PROFILE PLATFORM. | 3,000.00 | 3,000.00 |
| 1.00 | | FREIGHT TO DELIVER TOWER. | 700.00 | 700.00 |
| 1.00 | | FREIGHT FOR ANCHOR BOLTS ON 7/13/98. | 215.00 | 215.00 |

ENTERED SEP 2 2 1998

Ok to pay
# 48475

| | | |
|---|---|---|
| Subtotal | | 28,355.00 |
| Sales Tax | | |
| Total Invoice Amount | | $28,355.00 |
| Payment Received | | 0.00 |

Check No: 010418
9/23/98

| TOTAL | $28,355.00 |
|---|---|

If tax exempt please forward a certificate with payment.



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 20160

INVOICE DATE: 9/3/98

TO: UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL  33618
USA

Ship To:
ROCKSHIRE APT.
INDIANAPOLIS, IN
SITE 48364

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISIT1 | 3804 | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM | UNIT PRICE | EXTENSION |
|---|---|---|---|
| 1.00 | PROVIDE 120' MONOPOLE | 21,970.00 | 21,970.00 |
| 1.00 | PROVIDE 14' LOW PROFILE ROTATABLE PLATFORM. | 3,000.00 | 3,000.00 |
| 1.00 | FREIGHT FOR DELIVERY OF TOWER | 800.00 | 800.00 |
| 1.00 | FREIGHT FOR ANCHOR BOLTS AND TEMPLATE WITH SAME DAY DELIVERY. | 950.00 | 950.00 |

ENTERED SEP 2 2 1998

OK to pay
# 48364

| | |
|---|---|
| Subtotal | 26,720.00 |
| Sales Tax | |
| Total Invoice Amount | $26,720.00 |
| Payment Received | 0.00 |

Check No: 010687
10/1/98

| TOTAL | $26,720.00 |
|---|---|

If tax exempt please forward a certificate with payment.



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 20273

INVOICE DATE: 10/13/98

TO: UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL  33618
USA

Ship To:
GRAND RAPIDS, MI
SITE 48497

RCW 10/22

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISIT1 | 3768 | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 180' MONOPOLE | ~~31,010~~ 74,580.00 | ~~31,010~~ 74,580.00 |
| 1.00 | | 75MPH 5 CARRIER. PROVIDE 14' LOW PROFILE | | |
| 1.00 | | ROTATABLE PLATFORM. | 3,000.00 | 3,000.00 |
| 1.00 | | FREIGHT TO SHIP TOWER. FREIGHT TO SHIP ANCHOR BOLTS AND TEMPLATE. | 900.00 255.08 | 900.00 255.08 |

1430

OK to pay    ENTERED OCT 27 1998

J. Gru
#48497

This is 48460 in System

| | |
|---|---|
| Subtotal | 78,735.08 |
| Sales Tax | |
| Total Invoice Amount | $78,735.08 |
| Payment Received | 0.00 |
| Check No: | |
| **TOTAL** | **$78,735.08** |

47,445.08

If tax exempt please forward a certificate with payment.

FRED A. NUDD CORPORATION

P.O. BOX 519
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 20320

INVOICE DATE: 10/29/98

☐ RECEIVED

NOV 0 5 1998

TO:  UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL  33618
USA

Ship To:
☐ ENTEPRELER ROAD
LIVINGSTON COUNTY, MI
SITE # 48371

| CUSTOMER ID | PURCHASE ORDER # | PAYMENT TERMS | | PAGE |
|---|---|---|---|---|
| UNISIT1 | 3769 | 1% 15, Net 30 Days | | 1 |

| QUANTITY | ITEM | | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 180' MONOPOLE | 37,290.00 | 37,290.00 |
| 1.00 | | PROVIDE 14' LOW PROFILE ROTATABLE PLATFORM | 3,000.00 | 3,000.00 |

ENTERED NOV 0 5 1998

OK to pay
D. Cp____
# 48371

| | | |
|---|---|---|
| Subtotal | | 40,290.00 |
| Sales Tax | | |
| Total Invoice Amount | | $40,290.00 |
| Payment Received | | 0.00 |

Check No: 011442
11/5/98

| TOTAL | $40,290.00 |
|---|---|

If tax exempt please forward a certificate with payment.



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 20357

INVOICE DATE: 11/5/98

☐ ENTERED

TO:
UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL  33618
USA

Ship To:
PORT HURON, MI/KRAMMER
SITE # 48581

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISITI | 3769 | 1% 15, Net 30 Days | 1 |

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| 1.00 | PROVIDE 180' MONOPOLE | 37,290.00 | 37,290.00 |
| 1.00 | PROVIDE 14' LOW PROFILE ROTATABLE PLATFORM | 3,000.00 | 3,000.00 |
| 1.00 | SHIPPING OF TOWER | 800.00 | 800.00 |
| 1.00 | SHIPPING OF ANCHOR BOLTS AND TEMPLATE | 240.70 | 240.70 |

OK to pay

# 48581

ENTERED DEC 0 7 1998

|  | Subtotal | 41,330.70 |
|---|---|---|
|  | Sales Tax |  |
|  | Total Invoice Amount | $41,330.70 |
|  | Payment Received | 0.00 |

Check No: 012709
10/10/98

| TOTAL | $41,330.70 |
|---|---|

If tax exempt please forward a certificate with payment.



## FRED A. NUDD CORPORATION
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: **20376**

INVOICE DATE: **11/9/98**

) TO: UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL   33618
USA

Ship To:
LEBANON, IND.
SITE 48341

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISITI | 3641 | 1% 15, Net 30 Days | 1 |

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| 1.00 | 150' MONOPOLE | 24,440.00 | 24,440.00 |
| 1.00 | 14' LOW PROFILE ROTATABLE PLATFORM | 3,000.00 | 3,000.00 |
| 1.00 | FREIGHT FOR TOWER | 800.00 | 800.00 |
| 1.00 | FREIGHT FOR ANCHOR BOLTS AND TEMPLATE | 271.17 | 271.17 |

ENTERED JAN 1 9 1999

*260-1100*

*Ok to pay*

*#48341*

| | Subtotal | | 28,511.17 |
|---|---|---|---|
| | Sales Tax | | |
| | Total Invoice Amount | | $28,511.17 |
| | Payment Received | | 0.00 |

Check No: *012863*
*1/21/99*

| | TOTAL | $28,511.17 |

If tax exempt please forward a certificate with payment.



## FRED A. NUDD CORPORATION
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: **20377**

INVOICE DATE: **11/9/98**

TO:
**UNISITE**
**3450 BUSCHWOOD PARK DRIVE**
**SUITE 250**
**TAMPA, FL   33618**
**USA**

Ship To:
**FORT WAYNE, IN.**
**PORTAGE ROAD**
**SITE 48279**

| CUSTOMER ID. | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISITI | 3641 | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 150' MONOPOLE 75 MPH 5 CARRIER | 24,440.00 | 24,440.00 |
| 1.00 | 14/30 | 14' LOW PROFILE ROTATABLE PLATFORM | 3,000.00 | 3,000.00 |
| 1.00 | | FREIGHT FOR TOWER | 800.00 | 800.00 |
| 1.00 | | FREIGHT FOR ANCHOR BOLTS AND TEMPLATE | 251.32 | 251.32 |

ENTERED JAN 19 ~~98~~  60-1100

OK to /4T
P. ~~~~
# 48279

| | | |
|---|---|---|
| Subtotal | | 28,491.32 |
| Sales Tax | | |
| **Total Invoice Amount** | | **$28,491.32** |
| **Payment Received** | | 0.00 |

Check No: 012863
1/21/99

| TOTAL | $28,491.32 |
|---|---|

**If tax exempt please forward a certificate with payment.**



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

☐ RECEIVED

NOV 1 6 1998

☐ ENTERED

INVOICE NUMBER: **20378**

INVOICE DATE: **11/9/98**

TO:
UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL  33618
USA

Ship To:
WATERFORD TOWN, MI
NORTH PONTIAC
SITE 48488

3491

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISITI | 3491 | 1% 15, Net 30 Days | 1 |

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| 1.00 | 1430 | PROVIDE 150' MONOPOLE 75 MPH 5 CARRIER | 24,440.00 | 24,440.00 |
| 1.00 | 1430 | 14' LOW PROFILE ROTATABLE PLATFORM | 3,000.00 | 3,000.00 |
| 1.00 | | FREIGHT FOR TOWER | 800.00 | 800.00 |
| 1.00 | 1430 | FREIGHT FOR ANCHOR BOLTS & TEMPLATE | 251.32 | 251.32 |

ENTERED JAN 4 1999

OK to pay
#48408

|  |  |
|---|---|
| Subtotal | 28,491.32 |
| Sales Tax | |
| Total Invoice Amount | $28,491.32 |
| Payment Received | 0.00 |

Check No: 01286 3
1/21/99

| | TOTAL | $28,491.32 |
|---|---|---|

If tax exempt please forward a certificate with payment.



## FRED A. NUDD CORPORATION
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 20379

INVOICE DATE: 11/9/98

D TO:  UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL  33618
USA

Ship To:
DETROIT, MI
SCHWARTZ IRON/METAL
SITE 48559

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISIT1 | 4000 6 | 1% 15, Net 30 Days | 1 |

| QUANTITY | | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | 1430 1 | 150' MONOPOLE , 75 MPH, 5 CARRIER | 26,340.00 | 26,340.00 |
| 1.00 | 1430 1 | 14' LOW PROFILE ROTATABLE PLATFORM | 3,000.00 | 3,000.00 |
| 1.00 | | FREIGHT FOR TOWER | 800.00 | 800.00 |
| 1.00 | 1430 1 | FREIGHT FOR ANCHOR BOLTS & TEMPLATE | 240.68 | 240.68 |

MI -1100

Ok to p'y
P. Gm
# 48478
48559

ENTERED JAN 1 9 1999

| | |
|---|---|
| Subtotal | 30,380.68 |
| Sales Tax | |
| Total Invoice Amount | $30,380.68 |
| Payment Received | 0.00 |

Check No: 01286 3
1/21/99

| TOTAL | $30,380.68 |
|---|---|

If tax exempt please forward a certificate with payment.

**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVG. NUMBER: 21744

INVOICE DATE: 2/25/99

D TO:  UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL  33618
USA

Ship To:
ITE 48004

RECEIVED
3/6/99

| CUSTOMER | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISIT | 3973 | 1% 15, Net 30 Days | 1 |

| QUANTITY | | | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 120' EXPANDABLE TO 180' MONOPOLE. | 29,940.00 | 29,940.00 |
| 1.00 | | 14' LOW PROFILE ROTATABLE PLATFORM. | 3,000.00 | 3,000.00 |

ENTERED MAR 0 9 1999

OK to p**y**
J. C**A**z
C8004

|  |  |
|---|---|
| Subtotal | 32,940.00 |
| Sales Tax | |
| Total Invoice Amount | $32,940.00 |
| Payment Received | 0.00 |

Check No: 014624
4/1/99

| TOTAL | $32,940.00 |
|---|---|

If tax exempt please forward a certificate with payment.



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 21746

INVOICE DATE: 2/25/99

.D TO:  UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL  33618
USA

Ship To:
SITE 48475

RECEIVED 3/3/99

| QUANTITY | | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00<br>1.00 | | PROVIDE 150' MONOPOLE<br>12' CLAMP ON SECTORIZED<br>MOUNTS | 31,950.00<br>3,000.00 | 31,950.00<br>3,000.00 |

CUSTOMER ID: UNISIT    PURCHASE ORDER: 3657    PAYMENT TERMS: 1% 15, Net 30 Days    PAGE: 1

ENTERED MAR 0 9 1999

*OK to 1^1*
*P. gr*
*48451*

| | | |
|---|---|---|
| Subtotal | | 34,950.00 |
| Sales Tax | | |
| Total Invoice Amount | | $34,950.00 |
| Payment Received | | 0.00 |

Check No:

| TOTAL | $34,950.00 |
|---|---|

If tax exempt please forward a certificate with payment.



## FRED A. NUDD CORPORATION
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 21872

INVOICE DATE: 4/16/99

.D TO:  UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL  33618
USA

Ship To:
MOUNTAINTOP, PA
48989

RECEIVED 5/3/99

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISIT | 4463 | 1% 15, Net 30 Days | 1 |

| QUANTITY | PART NUMBER | | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 170' MONOPOLE | 31,790.00 | 31,790.00 |
| 1.00 | | 14' LOW PROFILE ROTATABLE | 3,000.00 | 3,000.00 |
| | | PLATFORM. | | |
| 1.00 | | FREIGHT OF TOWER | 600.00 | 600.00 |
| 1.00 | | FREIGHT OF ANCHOR BOLTS | 300.00 | 300.00 |
| | | AND TEMPLATE | | |

ENTERED MAY 05 1999

OK to 1st
J. SM
# 48589

| | | |
|---|---|---|
| Subtotal | | 35,690.00 |
| Sales Tax | | |
| **Total Invoice Amount** | | **$35,690.00** |
| Payment Received | | 0.00 |

Check No: 015407
5/5/99

| TOTAL | $35,690.00 |
|---|---|

If tax exempt please forward a certificate with payment.



## FRED A. NUDD CORPORATION
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 21951

INVOICE DATE: 5/21/99

TO:
UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL 33618
USA

Ship To:
STRYKERS ROAD
LEPATCONG, NJ

RECEIVED

| CUSTOMER | P.O. OR JOB ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISIT | 4452 | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE120' MONOPOLE | 19,640.00 | 19,640.00 |
| 1.00 | | 14' LOW PROFILE ROTATABLE PLATFORM | 3,000.00 | 3,000.00 |
| 1.00 | | SHIPPING OF TOWER | 800.00 | 800.00 |
| 1.00 | | SHIPPING OF ANCHOR BOLTS AND TEMPLATE | 324.67 | 324.67 |

*OK top*
*T. Gw*
*9/8985*

*INV TO*
*48518*

| | | | | |
|---|---|---|---|---|
| | | Subtotal | | 23,764.67 |
| | | Sales Tax | | |
| | | Total Invoice Amount | | $23,764.67 |
| | | Payment Received | | 0.00 |
| | Check No: | | TOTAL | $23,764.67 |

If tax exempt please forward a certificate with payment.



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 22067

INVOICE DATE: 6/29/99

TO:  UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL  33618
USA

Ship To:
SITE #49095

RECEIVED 7/8/99

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISIT | 4728 | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 180' MONOPOLE | 32,950.00 | 32,950.00 |
| 1.00 | | PROVIDE 14' LOW PROFILE PLATFORM | 2,900.00 | 2,900.00 |
| 1.00 | | FREIGHT OF ANCHOR BOLTS AND TEMPLATE | 250.00 | 250.00 |
| 1.00 | | FREIGHT OF TOWER | 500.00 | 500.00 |

Ok to p*7
J. Ghr
49095

| | | |
|---|---|---|
| Subtotal | | 36,600.00 |
| Sales Tax | | |
| Total Invoice Amount | | $36,600.00 |
| Payment Received | | 0.00 |

Check No: 017218
7/8/99

| TOTAL | $36,600.00 |
|---|---|

If tax exempt please forward a certificate with payment.



JUL 2 7 1999
☐ ENTERED

**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 22142

INVOICE DATE: 7/22/99

'O:  UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL  33618
USA

Ship To:
SITE 48985

ENTERED AUG 2 7 1999

RECEIVED
8-24-99

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISIT | 4727 | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 14' LOW PROFILE ROTATABLE PLATFORM | 2,900.00 | 2,900.00 |
| 1.00 | | PROVIDE 120' MONOPOLE | 19,150.00 | 19,150.00 |
| 1.00 | | FREIGHT TO SHIP ANCHOR BOLTS AND TEMPLATE | 159.94 | 159.94 |
| 1.00 | | FREIGHT TO SHIP MONOPOLE | 641.30 | 641.30 |

OK to pay
J. M
# 48985

|  |  |
|---|---|
| Subtotal | 22,851.24 |
| Sales Tax | |
| Total Invoice Amount | $22,851.24 |
| Payment Received | 0.00 |

Check No:

| TOTAL | $22,851.24 |
|---|---|

If tax exempt please forward a certificate with payment.



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 20161

INVOICE DATE: 9/3/98

) TO:   UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL  33618
USA

Ship To:
SITE #48086

| CUSTOMER# | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISITI | 3641 | 1% 15, Net 30 Days | 1 |

| QUANTITY | | | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 150' MONOPOLE | | |
| 1.00 | | PROVIDE 14' CLAMP ON LOW | 24,440.00 | 24,440.00 |
| | | PROFILE PLATFORM | 3,000.00 | 3,000.00 |
| 1.00 | | FREIGHT FOR TOWER | | |
| 1.00 | | FREIGHT FOR ANCHOR BOLTS | 650.00 | 650.00 |
| | | AND TEMPLATE. | 270.06 | 270.06 |

ENTERED SEP 2 2 1998

14301

Ok to pm
D. Gbn
# 48086

|  | | |
|---|---|---|
| Subtotal | | 28,360.06 |
| Sales Tax | | |
| Total Invoice Amount | | $28,360.06 |
| Payment Received | | 0.00 |

Check No: 010687

| **TOTAL** | $28,360.06 |
|---|---|

If tax exempt please forward a certificate with payment.



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 20162

INVOICE DATE: 9/3/98

) TO:  UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL  33618
USA

Ship To:
WAQUOIT, MA
SITE 48076

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISIT1 | 3639 | 1% 15, Net 30 Days | 1 |

| QUANTITY | | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 90' MONOPOLE EXTENDABLE TO 130' | 23,320.00 | 23,320.00 |
| 1.00 | | PROVIDE 14' CLAMP-ON LOW PROFILE PLATFORM | 3,000.00 | 3,000.00 |
| 1.00 | | FREIGHT FOR TOWER | 650.00 | 650.00 |
| 1.00 | | FREIGHT FOR ANCHOR BOLTS. | 386.09 | 386.09 |

ENTERED SEP 2 2 1998

*OK to pay*
*J. Gbr*
*#48076*

|  |  |
|---|---|
| Subtotal | 27,356.09 |
| Sales Tax | |
| Total Invoice Amount | $27,356.09 |
| Payment Received | 0.00 |

Check No: 010687
10/1/98

| | TOTAL | $27,356.09 |
|---|---|---|

If tax exempt please forward a certificate with payment.



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 20163

INVOICE DATE: 9/3/98

D TO:   UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL   33618
USA

Ship To:
INDUSTRIAL AVENUE, FLINT, MI
SIATE 48460

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISIT1 | 87682 | 1% 15, Net 30 Days | 1 |

| QUANTITY | | DESCRIPTION | | |
|---|---|---|---|---|
| 1.00 | | PROVIDE 180' MONOPOLE, 75 | 37,290 74,580.00 | 37,290 74,580.00 |
| 1.00 | | MPH AND 5 CARRIER. | | |
| 1.00 | | 14' LOW PROFILE PLATFORM | 3,000.00 | 3,000.00 |
| 1.00 | | FREIGHT FOR TOWER | 800.00 | 800.00 |
| | | FREIGHT FOR ANCHOR BOLTS | 256.04 | 256.04 |
| | | AND TEMPLATE. | | |

ENTERED OCT 1 2 1998

OK to pay
J. gku
# 48497

| | |
|---|---|
| Subtotal | 78,636.04 |
| Sales Tax | |
| Total Invoice Amount | $78,636.04 |
| Payment Received | 0.00 |

Check No: 010884
10/14/98

| **TOTAL** | $78,636.04 |
|---|---|

41,346.04

If tax exempt please forward a certificate with payment.



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 20171

INVOICE DATE: 9/3/98

D TO:   UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL   33618
USA

Ship To:
SITE #48286

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISITI | 3755 | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 110' MONOPOLE | | |
| 1.00 | | PROVIDE 14' LOW PROFILE | 21,700.00 | 21,700.00 |
| 1.00 | | ROTATABLE PLATFORM | 3,000.00 | 3,000.00 |
| 1.00 | | FREIGHT FOR TOWER DELIVERY | | |
| | | FREIGHT FOR ANCHOR BOLTS | 650.00 | 650.00 |
| | | AND TEMPLATE | 240.49 | 240.49 |

ENTERED SEP 2 2 1998

Ok to ''
J. Gr...
# 48286

| | | | |
|---|---|---|---|
| Subtotal | | 25,590.49 | |
| Sales Tax | | | |
| Total Invoice Amount | | $25,590.49 | |
| Payment Received | | 0.00 | |

Check No: 010418
9/03/98

| | TOTAL | $25,590.49 |
|---|---|---|

If tax exempt please forward a certificate with payment.



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 20178

INVOICE DATE: 9/3/98

.D TO:    UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL  33618
USA

Ship To:
CLINTON, NJ
SITE 48474

RCVD
9/18

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISITI | 3773 | 1% 15, Net 30 Days | 1 |

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| 1.00 | PROVIDE 120' MONOPOLE | 21,970.00 | 21,970.00 |
| 1.00 | PROVIDE 14' LOW PROFILE ROTATABLE PLATFORM | 3,000.00 | 3,000.00 |
| 1.00 | DELIVERY OF TOWER TO SITE | 650.00 | 650.00 |
| 1.00 | DELIVERY OF ANCHOR BOLTS AND TEMPLATE | 173.89 | 173.89 |

ENTERED SEP 2 2 1998

OK to pay
r. Str
# 48474

| | |
|---|---|
| Subtotal | 25,793.89 |
| Sales Tax | |
| Total Invoice Amount | $25,793.89 |
| Payment Received | 0.00 |

Check No: 010687
10/1/98

| TOTAL | $25,793.89 |
|---|---|

If tax exempt please forward a certificate with payment.



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 20195

INVOICE DATE: 9/14/98

D TO:  UNISITE
       3450 BUSCHWOOD PARK DRIVE
       SUITE 250
       TAMPA, FL  33618
       USA

Ship To:
FISHERS
#48350

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISITE | | 1% 15, Net 30 Days | 1 |

| QUANTITY | | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 150' MONOPOLE WITH 75 MPH. | 24,440.00 | 24,440.00 |
| 1.00 | | 14' CLAMP ON LOW PROFILE PLATFORM. | 3,000.00 | 3,000.00 |
| 1.00 | | FREIGHT FOR TOWER DELIVERY. | 800.00 | 800.00 |
| 1.00 | | FREIGHT FOR ANCHOR BOLTS AND TEMPLATE. | 286.04 | 286.04 |

Subtotal 28,526.04
Sales Tax
Total Invoice Amount $28,526.04
Payment Received 0.00

Check No: 010963
10/18/98

| | TOTAL | $28,526.04 |
|---|---|---|

If tax exempt please forward a certificate with payment.



**FRED A. NUDD CORPORATION**
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 20218

☐ RECEIVED

INVOICE DATE: 9/24/98

SEP 2 8 1998

☐ ENTERED

TO: UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL 33618
USA

SHIPPED:
NOBLESVILLE, IND.
SITE #48352

RCVD 10/8

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | | PAGE |
|---|---|---|---|---|
| UNISIT1 | | 1% 15, Net 30 Days | | 1 |

| QUANTITY | TITLE | | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | PROVIDE 150' MONOPOLE | | 24,440.00 | 24,440.00 |
| 1.00 | PROVIDE 14' CLAMP ON LOW PROFILE PLATFORM | | 3,000.00 | 3,000.00 |
| 1.00 | FREIGHT FOR SHIPPING TOWER. | | 800.00 | 800.00 |
| 1.00 | FREIGHT FOR SHIPPING ANCHOR BOLTS AND TEMPLATE | | 280.23 | 280.23 |

OK to pay
P. Ster
#48352

| | | | | |
|---|---|---|---|---|
| | Subtotal | | | 28,520.23 |
| | Sales Tax | | | |
| | Total Invoice Amount | | | $28,520.23 |
| | Payment Received | | | 0.00 |

Check No: 010763
10/15/98

| | TOTAL | $28,520.23 |
|---|---|---|

If tax exempt please forward a certificate with payment.



# FRED A. NUDD CORPORATION

1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE NUMBER: 29870

INVOICE DATE: 10/13/98

☐ ENTERED

.D TO: UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL  33618
USA

Ship To:
WILLIAMSTON, MI
#48372

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISIT1 | 3564 | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 150' MONOPOLE WITH CENTER BREAK POINT. | 28,900.00 | 28,900.00 |
| 1.00 | | PROVIDE 14' CLAMP-ON LOW PROFILE PLATFORM. | 3,000.00 | 3,000.00 |
| 1.00 | | FREIGHT TO SHIP TOWER. | 800.00 | 800.00 |
| 1.00 | | FREIGHT TO SHIP ANCHOR BOLTS AND TEMPLATE. | 267.23 | 267.23 |

ENTERED OCT 27 1998

Ok to pay
T. G__
#48372

| | Subtotal | 32,967.23 |
|---|---|---|
| | Sales Tax | |
| | Total Invoice Amount | $32,967.23 |
| | Payment Received | 0.00 |

Check No: 011442
10/5/98

| | TOTAL | $32,967.23 |
|---|---|---|

If tax exempt please forward a certificate with payment.

**FRED A. NUDD CORPORATION**

P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

20271

INVOICE DATE: 10/13/98

D TO:   UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL  33618
USA

Ship To:
LEBANON, IN
SITE 48341

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | | PAGE |
|---|---|---|---|---|
| UNISITI | 4007 | 1% 15, Net 30 Days | | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 150' MONOPOLE 75 MPH 5 CARRIER. | 26,340.00 | 26,340.00 |
| 1.00 | | PROVIDE 14' LOW PROFILE ROTATABLE PLATFORM. | 3,000.00 | 3,000.00 |
| 1.00 | | FREIGHT TO SHIP TOWER. | 800.00 | 800.00 |
| 1.00 | | FREIGHT TO SHIP ANCHOR BOLTS AND TEMPLATE. | 271.17 | 271.17 |

ENTERED OCT 27 1998

6k to pay
J. Gpm
# 48 498

|  |  |
|---|---|
| Subtotal | 30,411.17 |
| Sales Tax | |
| Total Invoice Amount | $30,411.17 |
| Payment Received | 0.00 |

Check No: 011442
11/5/98

| TOTAL | $30,411.17 |
|---|---|

If tax exempt please forward a certificate with payment.



FRED A. NUDD CORPORATION
P.O. BOX 577
1743 Route 104
Ontario, New York 14519
(315) 524-2531
Fax (315) 524-4249

INVOICE DATE: 10/13/98

TO:
UNISITE
3450 BUSCHWOOD PARK DRIVE
SUITE 250
TAMPA, FL  33618
USA

Ship To:
PONTIAC, MI
SITE 48095

RCVD 10/22

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | PAGE |
|---|---|---|---|
| UNISITI | 3641 | 1% 15, Net 30 Days | 1 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 1.00 | | PROVIDE 150' MONOPOLE | 24,440.00 | 24,440.00 |
| 1.00 | | PROVIDE 14' CLAMP-ON LOW PROFILE PLATFORM. | 3,000.00 | 3,000.00 |
| 1.00 | | FREIGHT TO SHIP TOWER. | 800.00 | 800.00 |
| 1.00 | | FREIGHT TO SHOP ANCHOR BOLTS AND TEMPLATE. | 260.12 | 260.12 |

1430

ENTERED OCT 27 1998

OK to Pay
P. G
# 48095

| | |
|---|---|
| Subtotal | 28,500.12 |
| Sales Tax | |
| Total Invoice Amount | $28,500.12 |
| Payment Received | 0.00 |

Check No: 011442
11/5/98

| | TOTAL | $28,500.12 |
|---|---|---|

If tax exempt please forward a certificate with payment.