UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMERICAN TOWER CORPORATION, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> FRED A. NUDD CORPORATION, ) <br> GRANITE STATE INSURANCE ) <br> COMPANY, and UNDERHILL ) <br> CONSULTING ENGINEER, P.C. ) <br> ) <br> Defendants. ) <br> ) <br> v. ) <br> ) <br> UNDERHILL CONSULTING ) <br> ENGINEER, P.C. ) <br> ) <br> Third Party Defendant ) <br> ) | Civil Action No. 03-12469-JLT |

## STIPULATION OF DISMISSAL WITH PREJUDICE

All parties in the above-captioned Civil Action, by and through their respective attorneys, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1) to the dismissal of the above-captioned action, including all claims, counterclaims and cross-claims, with prejudice, with all rights of appeal waived, and that the parties shall each bear their own costs and fees. Notwithstanding this stipulation, the parties agree that, in the event of a breach of paragraph 1.C of a Settlement Agreement And Mutual Release dated January 2005, (the "Settlement Agreement"), plaintiff American Tower Corporation may file an Assented To Motion For Entry Of Agreement For Final And Separate Judgment, along with the Final And Separate Judgment, both now held in escrow under the terms of the Settlement Agreement.

AMERICAN TOWER CORPORATION
By its attorneys,

/s/ Kevin S. Murphy
Kevin S. Murphy (BBO# 638335)
Matthew C. Welnicki (BBO# 647104)
YURKO & SALVESEN, P.C.
One Washington Mall, 11th Flr.
Boston, MA 02108-2603
(617) 723-6900

FRED A. NUDD CORPORATION
By its attorneys,

/s/ Robert E. Riley (KSM)
Robert E. Riley (BBO# 420660)
VENA, RILEY, DEPTULA LLP
250 Summer Street
Boston, MA 02210
(617) 951-2400

UNDERHILL CONSULTING ENGINEER, P.C.
By its attorneys,

/s/ Terrance J. Hamilton (KSM)
Terrance J. Hamilton (BBO# 218980)
CASNER & EDWARDS, LLP
303 Congress Street
Boston, MA 02210
(617) 426-5900

GRANITE STATES INSURANCE COMPANY
By its attorneys,

/s/ Eric M. Chodkowski (KSM)
Craig R. Waksler (BBO# 566087)
Eric M. Chodkowski (BBO# 648629)
TAYLOR, DUANE, BARTON & GILMAN
160 Federal Street, 5th Floor
Boston, MA 02110
(617) 654-8200

Date: August 25, 2005