# YURKO & SALVESEN, P.C.

One Washington Mall, 11th Flr.
Boston, MA 02108-2603
Tel:  617.723.6900
Fax:  617.723.6905
www.bizlit.com

Richard J. Yurko
Douglas W. Salvesen
Sanford F. Remz*
Kevin S. Murphy†*

Michael S. Bonner‡
Matthew C. Welnicki†

Of Counsel
Michael W. Parker

† Also admitted in CT
‡ Also admitted in NH
* Also admitted in NY

September 6, 2005

VIA FACSIMILE AND REGULAR MAIL
Ms. Zita Lovett
United States District Court
United States Courthouse
One Courthouse Way
Boston, Massachusetts 02210

Re:  American Tower Corp. v. Nudd Corp. et al., Civ. No. 03-12469-JLT

Dear Ms. Lovett;

Confirming our discussion today, given the dismissal of this matter, the status conference scheduled for tomorrow has been cancelled.

Very truly yours,

Kevin S. Murphy

cc: Eric M. Chodkowski (via facsimile)
    Terrance J. Hamilton (via facsimile)
    Robert E. Riley (via facsimile)
    Andrew Galvin (via facsimile)